JUDGE BUCHWALD   07 CV 3705

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNILEVER SUPPLY CHAIN, INC.<br>1 John Street<br>Clinton, Connecticut 06413,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA W. STEENMEYER d/b/a<br>PopsicleShirts.com, Inc.<br>6001 Shining Light Avenue<br>Las Vegas, NV 89139,<br><br>Defendant. | MAY 1 0 2007<br><br>CASE NO. _____<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Unilever Supply Chain, Inc. (a private non-governmental party) certifies that: 1) Unilever PLC, a company formed under the laws of the United Kingdom, is a parent company of plaintiff Unilever Supply Chain, Inc.; 2) Unilever NV, a company formed under the laws of the Netherlands, is a parent company of plaintiff Unilever Supply Chain Inc.; 3) Unilever United States, Inc, a company formed under the laws of Delaware, is a parent company of plaintiff Unilever Supply Chain, Inc.; and 4) Conopco, Inc., a company formed under the laws of the New York, is a parent company of plaintiff Unilever Supply Chain, Inc.

In addition to its parent companies, plaintiff Unilever Supply Chain, Inc. has affiliated entities, nearly all of which have Unilever as a component of their name. While plaintiff Unilever Supply Chain, Inc. does not believe that these entities have a financial interest in the

outcome of this litigation, it brings these entities to the Court's attention in an abundance of caution.

Dated: May 9, 2007          By: _____
                            J. Kevin Fee (JF-5316)
                            MORGAN, LEWIS, & BOCKIUS LLP
                            1111 Pennsylvania Avenue
                            Washington, DC  20004
                            Phone: 202-739-3000

                            Counsel for Plaintiff
                            Unilever Supply Chain, Inc.