IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNILEVER SUPPLY CHAIN, INC.<br>1 John Street<br>Clinton, Connecticut 06413,<br><br>     Plaintiff,<br><br>     v.<br><br>JOSHUA W. STEENMEYER d/b/a<br>PopsicleShirts.com, Inc.<br>6001 Shining Light Avenue<br>Las Vegas, NV 89139,<br><br>     Defendant. | CASE NO. 1:07-cv-03705 (NRB)<br><br>JURY TRIAL DEMANDED |

**NOTICE OF MOTION FOR A TEMPORARY
<u>RESTRAINING ORDER AND PRELIMINARY INJUNCTION</u>**

     Notice is hereby given that as soon as counsel may be heard by the above-entitled Court, before the Hon. Naomi R. Buchwald, United States District Court Judge, Plaintiff Unilever Supply Chain, Inc., by and through its undersigned attorneys, will hereby apply to this Court pursuant to Federal Rule of Civil Procedure 65, for an Order to Show Cause to preclude Defendant Joshua Steenmeyer from:

     (1) using the domain names popsicleshirts.com and popsicletees.com for pornographic websites and/or directing these domain names to the fuckoffshirts.com domain name or any other website that is not associated with or controlled by Plaintiff;

     (2) transferring, assigning or otherwise altering his ownership or control of, or contact information for, the domain names popsicleshirts.com and popsicletees.com;

     (3) registering or causing others to register any domain name containing "popsicle," "sicle" or any misspelling or any other Unilever trademark or colorable imitation thereof; and

(4) using the POPSICLE mark, the POPSICLE THE ORIGINAL BRAND logo, the POPSICLESHIRTS and POPSICLETEES designations, or any other designation that is comprised of or incorporates POPSICLE or any other Unilever trademark, any colorable imitation thereof, or any otherwise confusingly similar mark.

This Notice of Motion is based upon this Notice, the Memorandum of Law submitted in support thereof, the Declarations of Julio Del Cioppo and J. Kevin Fee, filed concurrently herewith, upon all pleadings in this case, and upon such other arguments and items as may be presented to the Court at the hearing of this application.

For all of these reasons, Plaintiff respectfully requests that the Court grant the temporary and preliminary relief requested.

Respectfully submitted,

Dated: June 1, 2007     By:    /s/ J. Kevin Fee
J. Kevin Fee (JF-5316)
MORGAN, LEWIS, & BOCKIUS LLP
1111 Pennsylvania Avenue
Washington, DC 20004
Phone: 202-739-3000

Counsel for Plaintiff
Unilever Supply Chain, Inc.