# EXHIBIT A

Registered Oct. 26, 1926.                                    Trade-Mark 219,744

Renewed October 26, 1946 to Joe Lowe Corporation, of New
York, N. Y., a corporation of Delaware, which has made
a showing of ownership of the trade-mark originally
registered to The Popsicle Corporation of the United States.

# UNITED STATES PATENT OFFICE.

THE POPSICLE CORPORATION OF THE UNITED STATES, OF NEW YORK, N. Y.

ACT OF FEBRUARY 20, 1905.

Application filed April 17, 1924. Serial No. 195,714.



A DRINK ON A STICK

## STATEMENT.

*To the Commissioner of Patents:*

The Popsicle Corporation of the United States, a corporation organized under the laws of the State of Delaware, and located at New York city, New York, and doing business at 465 Washington Street, New York city, State of New York, has adopted and used the trade-mark shown in the accompanying drawing, for NONALCOHOLIC, MALTLESS SIRUPS USED IN THE PREPARATION OF FROZEN CONFECTIONS, in Class 46, Foods and ingredients of foods, and presents herewith five specimens showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905 as amended. The trade-mark has been continuously used and applied to said goods in applicant's business and in the business of applicant's predecessor, Popsicle Corporation, since on or about June 1, 1923. The trade-mark is applied to the goods, by pasting a label bearing the mark on the packages, bottles or barrels containing the same. No claim is made to the representation of the goods appearing on the drawing, and the words "A Drink on a Stick", apart from the mark shown. Applicant is the owner of prior registration 177,230 of December 11, 1923.

The undersigned hereby appoints Dean, Fairbank, Obrieght & Hirsch, a firm composed of George C. Dean, Clair W. Fairbank, Irving M. Obrieght and Morris Hirsch (registered No. 11551) of Park Row Building, 15 Park Row, New York city, State of New York, its attorneys, to prosecute this application for registration, with full powers of substitution and revocation, and to make alterations and amendments therein, to receive the certificate and to transact all business in the Patent Office connected therewith.

THE POPSICLE CORPORATION
OF THE UNITED STATES,
By BERNARD LIPPMAN,
*President.*

2

## Amendment

Registered October 26, 1926             Registration No. 219,744

The Popsicle Corporation of the United States

Aplication to amend having been made by Joe Lowe Corporation, owner of the registration above identified, said registration is hereby amended as follows:

In the statement, column 2, lines 2 through 6, "No claim is made to the representation of the goods appearing on the drawing, and the words 'A Drink on a Stick', apart from the mark shown." is deleted, and the drawing is amended to appear as follows:

## POPSICLE

Such amendments have been entered upon the records of the Patent Office and the said original registration should be read as so amended.

Signed and sealed this 25th day of October 1960.

[SEAL]

ARTHUR W. CROCKER,
*First Assistant Commissioner of Patents.*

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 1,840,718

**United States Patent and Trademark Office**  Registered June 21, 1994

## TRADEMARK
### PRINCIPAL REGISTER



POPSICLE INDUSTRIES, INC. (DELAWARE CORPORATION), DBA GOLD BOND-GOOD HUMOR ICE CREAM
909 PACKERLAND DRIVE
GREEN BAY, WI 543079007

FOR: FROZEN CONFECTIONS, IN CLASS 30 (U.S. CL. 46).
FIRST USE 1-1-1988; IN COMMERCE 1-1-1988.

OWNER OF U.S. REG. NOS. 620,040, 1,618,723 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "THE ORIGINAL BRAND", APART FROM THE MARK AS SHOWN.

SER. NO. 74-362,545, FILED 2-22-1993.

WILLIAM P. SHANAHAN, EXAMINING ATTORNEY

Int. Cl.: **30**

Prior U.S. Cl.: **46**

Reg. No. **2,421,400**

**United States Patent and Trademark Office**   Registered Jan. 16, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## POPSICLE

LIPTON INVESTMENTS, INC. (DELAWARE CORPORATION)
501 SILVERSIDE ROAD
WILMINGTON, DE 19809

FOR: FROZEN CONFECTIONS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 0–0–1923; IN COMMERCE 0–0–1923.

OWNER OF U.S. REG. NOS. 620,040, 1,175,392 AND OTHERS.

SER. NO. 75–921,375, FILED 2–16–2000.

CYNTHIA CROCKETT, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 2,651,685
Registered Nov. 19, 2002

## TRADEMARK
### PRINCIPAL REGISTER



LIPTON INVESTMENTS, INC. (DELAWARE CORPORATION)
501 SILVERSIDE ROAD
WILMINGTON, DE 19809

FOR: ICE CREAM, IN CLASS 30 (U.S. CL. 46).

FIRST USE 3-1-2000; IN COMMERCE 3-1-2000.

OWNER OF U.S. REG. NOS. 177,230, 2,421,400 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "THE ORIGINAL BRAND", APART FROM THE MARK AS SHOWN.

THE STIPPLING IS FOR SHADING PURPOSES ONLY AND DOES NOT INDICATE COLOR.

SER. NO. 76-317,761, FILED 9-26-2001.

YVONNE JONES, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 2,668,524
Registered Dec. 31, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## POPSICLE

LIPTON INVESTMENTS, INC. (DELAWARE CORPORATION)
501 SILVERSIDE ROAD
WILMINGTON, DE 19809

FOR: ICE CREAM, IN CLASS 30 (U.S. CL. 46).

FIRST USE 3-1-2000; IN COMMERCE 3-1-2000.

OWNER OF U.S. REG. NOS. 177,230, 2,421,400 AND OTHERS.

SER. NO. 76-317,760, FILED 9-26-2001.

MAUREEN GORMAN, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

**United States Patent and Trademark Office**

Reg. No. 2,811,550
Registered Feb. 3, 2004

## TRADEMARK
### PRINCIPAL REGISTER



LIPTON INVESTMENTS, INC. (DELAWARE CORPORATION)
501 SILVERSIDE ROAD
WILMINGTON, DE 19809

FOR: LIP GLOSS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 7-31-2003; IN COMMERCE 7-31-2003.

OWNER OF U.S. REG. NOS. 177,230, 2,421,400, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "THE ORIGINAL BRAND", APART FROM THE MARK AS SHOWN.

THE STIPPLING IN THE DRAWING IS FOR TONE AND CONTRAST ONLY AND NOT TO INDICATE ANY SPECIFIC COLOR.

SN 76-457,121, FILED 10-9-2002.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

**United States Patent and Trademark Office**

Reg. No. 2,968,587
Registered July 12, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## POPSICLE

LIPTON INVESTMENTS, INC. (DELAWARE CORPORATION)
501 SILVERSIDE ROAD
WILMINGTON, DE 19809

FOR: BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 6-0-2004; IN COMMERCE 6-0-2004.

OWNER OF U.S. REG. NOS. 2,395,882, 2,421,400, AND OTHERS.

SN 78-304,037, FILED 9-23-2003.

CAROLYN GRAY, EXAMINING ATTORNEY

Int. Cl.: **21**

Prior U.S. Cls.: **2, 13, 23, 29, 30, 33, 40, and 50**

**United States Patent and Trademark Office**

Reg. No. **2,973,936**
Registered **July 19, 2005**

## TRADEMARK
### PRINCIPAL REGISTER

## POPSICLE

LIPTON INVESTMENTS, INC. (DELAWARE CORPORATION)
501 SILVERSIDE ROAD
WILMINGTON, DE 19809

FOR: TOOTHBRUSHES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-1-2003; IN COMMERCE 12-1-2003.

OWNER OF U.S. REG. NOS. 2,395,882, 2,421,400, AND OTHERS.

SN 78-313,218, FILED 10-14-2003.

IRENE D. WILLIAMS, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,009,533
Registered Oct. 25, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# POPSICLE

LIPTON INVESTMENTS, INC. (DELAWARE CORPORATION)
501 SILVERSIDE ROAD
WILMINGTON, DE 19809

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-0-2005; IN COMMERCE 7-0-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 177,230, 2,668,524, AND OTHERS.

SN 78-360,964, FILED 2-2-2004.

LINDA MICKLEBURGH, EXAMINING ATTORNEY