# EXHIBIT B

**Transcription of voice message from Joshua Steenmeyer to J. Kevin Fee on May 30, 2007 at 7:46 pm:**

Hi Kevin, Josh Steenmeyer again. With regards to Popsicle Shirts and Popsicle Tees. I'm going to give you one more chance here to give me a ninety day extension on this. So talk to your client Cantilever [sic]. I will not -- I'm not going to have an attorney. I going to be representing myself. I am going to need ninety days, and I'm going to expect your client to basically comply. If you guys aren't going to work with me, I can't work with you. So, again, I need you to call me back tomorrow. If I don't get a call back tomorrow, I will turn Popsicle Tees into a porn site and destroy the reputation of that domain name.

So, again tomorrow I will expect a call at 9:00 west coast time saying Josh we will grant you your ninety day extension. I will also send it to you, so I want to make sure I get this in writing. If you guys you say no I will have to put it down that you are unwilling to work with me, therefore I can't justify complying with your wishes. So, again, Josh Steenmeyer, PopsicleTees.com, it is not Popsicle Shirt or Popsicle Tees incorporated, okay. I will be representing myself. If I do not hear back from you by 9:00 western time, I don't want a call any earlier than that, so call me around noon in New York time, east coast time. If I don't get it, I either turn it into a porn site this weekend or I'll have that domain name forwarded to my other domain name, Fuckoffshirts.com. So, make sure I get the extension. Bye.