# EXHIBIT C

Case 1:07-cv-03705-NRB     Document 4-4     Filed 06/01/2007     Page 1 of 3



Top » Catalog



My Account  |  Cart Contents  |  Checkout

### Categories

How? *T-Shirt's* (16)
What's? *T-Shirt's* (13)
What? *T-Shirt's* (78)
When? *T-Shirt's* (5)
Where? *T-Shirt's* (8)
Which? *T-Shirt's* (1)
Who? *T-Shirt's* (5)
Why? *T-Shirt's* (27)

### Joke Dept.

Please Select

### Newest Jokes



What milk makes you blink?
$17.95

### Quick Find

Use keywords to find the product you are looking for.
**Advanced Search**

### Information

Shipping & Returns
Privacy Notice
Conditions of Use
Contact Us

## What's New Here?

Welcome **Guest**! Would you like to log yourself in? Or would you prefer to create an account?

**Welcome to PopsicleShirts.com**

**Popsicleshirts.com is not affiliated with the brand name popsicle, popsicle the original brand, and/or any other affiliates of the popsicle logo, nor does popsicle endorse popsicleshirts.com in any way. Popsicleshirts.com is an entity of joshua-online-productions.**

This **unique** site was designed for those who are looking for that t-shirt that is not only **funny**, but **entertaining** as well. **PopsicleShirts** offer **hilarious one-liners** that are guaranteed to **start a conversation**. Laughter is an infectious thing; help spread awareness with a smile.

T-shirts are a fun way to **express yourself or make a statement**. Browse our **top quality t-shirts** and you are guaranteed to find one perfect for you, or to give as a **funny gift to a friend or family member**. We want all our products to **stand out** a little, and represent a light hearted attitude.

All of our t-shirts are made from high quality cotton. All t-shirts are printed on high quality 6.1 ounce, pre-shrunk cotton. We offer over 25 unique colors, and sizes ranging from small to xx-large in adult and junior sizes. **You won't find better quality, designs, or laughs anywhere**, so visit **popsicleshirts.com** often; we are 99.9% confident you will find the shirt you are looking for.

**The Network**
PopsicleShirts   Laffytaffy Tees   Bubble Gum Shirts   Bazooka Tees

New Products For November

### Shopping Cart

0 items

### Bestsellers

01. What did the blanket say to the bed?
02. What's a caterpillar crossed with a parrot?

### Reviews

There are currently no product reviews

### Languages



### Currencies

US Dollar

Popsicle Shirts / One of a Kind, Funny Shirts                                   Page 2 of 2


What were the two talkative computers doing?
$17.95


What was the math book's complain?
$17.95


What time is it when you're out of ice cream?
$17.95


What time is it when seven hungry lions are chasing you?
$17.95


What washes up on really small beaches?
$17.95


What magic spell turns you into a dinosaur?
$17.95


What two words have the most letters?
$17.95


What milk makes you blink?
$17.95


What runs but can't walk?
$17.95

Wednesday 29 November, 2006                          91127 requests since Wednesday 12 July, 2006





 

PopsicleShirts • www.PopsicleShirts.com • Seattle, WA 98109
©2002 - 2006 **PopsicleShirts**. All rights reserved. Website development ©2006 **Josh W. Steenmeyer**.



