# EXHIBIT D




Top » Catalog

My Account | Cart Contents | Checkout

Categories

How? *T-Shirt's* (16)
What's? *T-Shirt's* (13)
What? *T-Shirt's* (78)
When? *T-Shirt's* (5)
Where? *T-Shirt's* (8)
Which? *T-Shirt's* (1)
Who? *T-Shirt's* (5)
Why? *T-Shirt's* (27)

Manufacturers




What's New?





What time is it when seven hungry lions are chasing you?
$17.95

Quick Find



Use keywords to find the product you are looking for.
**Advanced Search**

Information

Catalog RSS
Shipping & Returns
Privacy Notice
Conditions of Use
Contact Us

# What's New Here?

Welcome **Guest!** Would you like to log yourself in? Or would you prefer to create an account?

**Welcome to PopsicleShirts.com**

**Popsicleshirts.com is not affiliated with the brand name popsicle, popsicle the original brand, and/or any other affiliates of the popsicle logo, nor does popsicle endorse popsicleshirts.com in any way. Popsicleshirts.com is an entity of joshua-online-productions.**

This **unique** site was designed for those who are looking for that t-shirt that is not only **funny**, but **entertaining** as well. **PopsicleShirts** offer **hilarious one-liners** that are guaranteed to **start a conversation.** Laughter is an infectious thing; help spread awareness with a smile.

T-shirts are a fun way to **express yourself or make a statement**. Browse our **top quality t-shirts** and you are guaranteed to find one perfect for you, or to give as a **funny gift to a friend or family member**. We want all our products to **stand out** a little, and represent a light hearted attitude.

All of our t-shirts are made from high quality cotton. All t-shirts are printed on high quality 6.1 ounce, pre-shrunk cotton. We offer over 25 unique colors, and sizes ranging from small to xx-large in adult and junior sizes. **You won't find better quality, designs, or laughs anywhere**, so visit **popsicleshirts.com** often; we are 99.9% confident you will find the shirt you are looking for.

**The Network**

PopsicleShirts | Laffytaffy Tees | Bubble Gum Shirts | Bazooka Tees | Catch Phrase Shirts

New Products For May

Shopping Cart

0 items

Bestsellers

01. What did the blanket say to the bed?
02. What time is it when seven hungry lions are chasing you?
03. What's a caterpillar crossed with a parrot?

Reviews

There are currently no product reviews

Languages



Currencies



Catalog RSS








What were the two talkative computers doing?
$17.95


What was the math book's complain?
$17.95


What time is it when you're out of ice cream?
$17.95


What time is it when seven hungry lions are chasing you?
$17.95


What washes up on really small beaches?
$17.95


What magic spell turns you into a dinosaur?
$17.95


What two words have the most letters?
$17.95


What milk makes you blink?
$17.95


What runs but can't walk?
$17.95

**Thursday 31 May, 2007** **161141 requests since Wednesday 12 July, 2006**







PopsicleShirts - www.PopsicleShirts.com - VIVA!!! LAS Vegas, NV 89139
©2002 - 2007 **PopsicleShirts**. All rights reserved. Website development ©2007 **Josh W. Steenmeyer**.
**This has been another Joshua-OnLine-Productions**





















Top » Catalog » Conditions of Use | My Account | Cart Contents | Checkout

Categories

How? *T-Shirt's* (16)
What's? *T-Shirt's* (13)
What? *T-Shirt's* (78)
When? *T-Shirt's* (5)
Where? *T-Shirt's* (8)
Which? *T-Shirt's* (1)
Who? *T-Shirt's* (5)
Why? *T-Shirt's* (27)

Manufacturers


Please Select

What's New?





What magic spell turns you into a dinosaur?
$17.95

Quick Find



Use keywords to find the product you are looking for.
**Advanced Search**

Information

Catalog RSS
Shipping & Returns
Privacy Notice
Conditions of Use
Contact Us

# Conditions of Use

**Conditions of Use**

Welcome to PopsicleShirts.com. PopsicleShirts.com and its affiliates provide their services to you subject to the following conditions. If you visit or shop at PopsicleShirts.com, you accept these conditions. Please read them carefully. In addition, when you use any current or future PopsicleShirts.com service (e.g., Your Popsicle Shirts, Gift Certificates, Auctions, and Digital Locker) or visit or purchase from any business affiliated with PopsicleShirts.com, whether or not included in the PopsicleShirts.com Web site, you also will be subject to the guidelines and conditions applicable to such service or business. If these conditions are inconsistent with such guidelines and conditions, such guidelines and conditions will control.

**PRIVACY**

Please review our Privacy Notice, which also governs your visit to PopsicleShirts.com, to understand our practices.

**ELECTRONIC COMMUNICATIONS**

When you visit PopsicleShirts.com or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on this site. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

**COPYRIGHT**

All content included on this site, such as text, graphics, logos, button icons, images, audio clips, digital downloads, data compilations, and software, is the property of PopsicleShirts.com or its content suppliers and protected by United States and international copyright laws. The compilation of all content on this site is the exclusive property of PopsicleShirts.com and protected by U.S. and



Shopping Cart

0 items



Bestsellers

01. What did the blanket say to the bed?
02. What time is it when seven hungry lions are chasing you?
03. What's a caterpillar crossed with a parrot?

Reviews

There are currently no product reviews

Languages



Currencies


US Dollar



Catalog RSS



international copyright laws. All software used on this site is the property of PopsicleShirts.com or its software suppliers and protected by United States and international copyright laws.

**TRADEMARKS**

Popsicle Shirts, PopsicleShirts.com, and other PopsicleShirts.com graphics, logos, page headers, button icons, scripts, and service names are trademarks, registered trademarks or trade dress of PopsicleShirts.com, Inc. or its affiliates in the U.S. and/or other countries. PopsicleShirts.com's trademarks and trade dress may not be used in connection with any product or service that is not PopsicleShirts.com's, in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits PopsicleShirts.com. All other trademarks not owned by PopsicleShirts.com or its affiliates that appear on this site are the property of their respective owners, who may or may not be affiliated with, connected to, or sponsored by PopsicleShirts.com or its affiliates.

**LICENSE AND SITE ACCESS**

PopsicleShirts.com grants you a limited license to access and make personal use of this site and not to download (other than page caching) or modify it, or any portion of it, except with express written consent of PopsicleShirts.com. This license does not include any resale or commercial use of this site or its contents; any collection and use of any product listings, descriptions, or prices; any derivative use of this site or its contents; any downloading or copying of account information for the benefit of another merchant; or any use of data mining, robots, or similar data gathering and extraction tools. This site or any portion of this site may not be reproduced, duplicated, copied, sold, resold, visited, or otherwise exploited for any commercial purpose without express written consent of PopsicleShirts.com. You may not frame or utilize framing techniques to enclose any trademark, logo, or other proprietary information (including images, text, page layout, or form) of PopsicleShirts.com and our affiliates without express written consent. You may not use any meta tags or any other "hidden text" utilizing PopsicleShirts.com's name or trademarks without the express written consent of PopsicleShirts.com. Any unauthorized use terminates the permission or license granted by PopsicleShirts.com. You are granted a limited, revocable, and nonexclusive right to create a hyperlink to the home page of PopsicleShirts.com so long as the link does not portray PopsicleShirts.com, its affiliates, or their products or services in a false, misleading, derogatory, or otherwise offensive matter. You may not use any PopsicleShirts.com logo or other proprietary graphic or trademark as part of the link without express written permission.

**YOUR ACCOUNT**

If you use this site, you are responsible for maintaining the

confidentiality of your account and password and for restricting access to your computer, and you agree to accept responsibility for all activities that occur under your account or password. PopsicleShirts.com does sell products for children, but it sells them to adults, who can purchase with a credit card. If you are under 18, you may use PopsicleShirts.com only with involvement of a parent or guardian. PopsicleShirts.com and its affiliates reserve the right to refuse service, terminate accounts, remove or edit content, or cancel orders in their sole discretion.

**REVIEWS, COMMENTS, COMMUNICATIONS, AND OTHER CONTENT**

Visitors may post reviews, comments, and other content; send e-cards and other communications; and submit suggestions, ideas, comments, questions, or other information, so long as the content is not illegal, obscene, threatening, defamatory, invasive of privacy, infringing of intellectual property rights, or otherwise injurious to third parties or objectionable and does not consist of or contain software viruses, political campaigning, commercial solicitation, chain letters, mass mailings, or any form of "spam." You may not use a false e-mail address, impersonate any person or entity, or otherwise mislead as to the origin of a card or other content. PopsicleShirts.com reserves the right (but not the obligation) to remove or edit such content, but does not regularly review posted content.

If you do post content or submit material, and unless we indicate otherwise, you grant PopsicleShirts.com and its affiliates a nonexclusive, royalty-free, perpetual, irrevocable, and fully sublicensable right to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, and display such content throughout the world in any media. You grant PopsicleShirts.com and its affiliates and sublicensees the right to use the name that you submit in connection with such content, if they choose. You represent and warrant that you own or otherwise control all of the rights to the content that you post; that the content is accurate; that use of the content you supply does not violate this policy and will not cause injury to any person or entity; and that you will indemnify PopsicleShirts.com or its affiliates for all claims resulting from content you supply. PopsicleShirts.com has the right but not the obligation to monitor and edit or remove any activity or content. PopsicleShirts.com takes no responsibility and assumes no liability for any content posted by you or any third party.

**COPYRIGHT COMPLAINTS**

PopsicleShirts.com and its affiliates respect the intellectual property of others. If you believe that your work has been copied in a way that constitutes copyright infringement, please follow our Notice and Procedure for Making Claims of Copyright Infringement.

**RISK OF LOSS**

All items purchased from PopsicleShirts.com are made pursuant to a shipment contract. This means that the risk of loss and title for such items pass to you upon our delivery to the carrier.

**PRODUCT DESCRIPTIONS**

PopsicleShirts.com and its affiliates attempt to be as accurate as possible. However, PopsicleShirts.com does not warrant that product descriptions or other content of this site is accurate, complete, reliable, current, or error-free. If a product offered by PopsicleShirts.com itself is not as described, your sole remedy is to return it in unused condition.

PRICING

Except where noted otherwise, the List Price displayed for products on our website represents the full retail price listed on the product itself, suggested by the manufacturer or supplier, or estimated in accordance with standard industry practice; or the estimated retail value for a comparably featured item offered elsewhere. The List Price is a comparative price estimate and may or may not represent the prevailing price in every area on any particular day. For certain items that are offered as a set, the List Price may represent "open-stock" prices, which means the aggregate of the manufacturer's estimated or suggested retail price for each of the items included in the set. Where an item is offered for sale by one of our merchants, the List Price may be provided by the merchant.

With respect to items sold by PopsicleShirts.com, we cannot confirm the price of an item until you order; however, we do NOT charge your credit card until after your order has entered the shipping process. Despite our best efforts, a small number of the items in our catalog may be mispriced. If an item's correct price is higher than our stated price, we will, at our discretion, either contact you for instructions before shipping or cancel your order and notify you of such cancellation.

Please note that this policy applies only to products sold and shipped by PopsicleShirts.com. Your purchases from third-party sellers using PopsicleShirts.com Payments are charged at the time you place your order, and third-party sellers may follow different policies in the event of a mispriced item.

**OTHER BUSINESSES**

Parties other than PopsicleShirts.com and its subsidiaries operate stores, provide services, or sell product lines on this site. For example, Ofoto.com offers Photo Services in our Camera and Photo store, and other businesses and individuals offer products in zShops and Auctions. In addition, we provide links to the sites of affiliated companies and certain other businesses. We are not responsible for

examining or evaluating, and we do not warrant the offerings of, any of these businesses or individuals or the content of their Web sites. PopsicleShirts.com does not assume any responsibility or liability for the actions, product, and content of all these and any other third parties. You should carefully review their privacy statements and other conditions of use.

**DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY**

THIS SITE IS PROVIDED BY PopsicleShirts.com ON AN "AS IS" AND "AS AVAILABLE" BASIS. PopsicleShirts.com MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THIS SITE OR THE INFORMATION, CONTENT, MATERIALS, OR PRODUCTS INCLUDED ON THIS SITE. YOU EXPRESSLY AGREE THAT YOUR USE OF THIS SITE IS AT YOUR SOLE RISK.

TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, PopsicleShirts.com DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. PopsicleShirts.com DOES NOT WARRANT THAT THIS SITE, ITS SERVERS, OR E-MAIL SENT FROM PopsicleShirts.com ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. PopsicleShirts.com WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF THIS SITE, INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, AND CONSEQUENTIAL DAMAGES.

CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS, OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MIGHT HAVE ADDITIONAL RIGHTS.

**APPLICABLE LAW**

By visiting PopsicleShirts.com, you agree that the laws of the state of Washington, without regard to principles of conflict of laws, will govern these Conditions of Use and any dispute of any sort that might arise between you and PopsicleShirts.com or its affiliates.

DISPUTES

Any dispute relating in any way to your visit to PopsicleShirts.com or to products you purchase through PopsicleShirts.com shall be submitted to confidential arbitration in Seattle, Washington, except that, to the extent you have in any manner violated or threatened to violate PopsicleShirts.com's intellectual property rights, PopsicleShirts.com may seek injunctive or other appropriate relief in any state or federal court in the state of Washington, and you

consent to exclusive jurisdiction and venue in such courts. Arbitration under this agreement shall be conducted under the rules then prevailing of the American Arbitration Association. The arbitrator's award shall be binding and may be entered as a judgment in any court of competent jurisdiction. To the fullest extent permitted by applicable law, no arbitration under this Agreement shall be joined to an arbitration involving any other party subject to this Agreement, whether through class arbitration proceedings or otherwise.

**SITE POLICIES, MODIFICATION, AND SEVERABILITY**

Please review our other policies, such as our pricing policy, posted on this site. These policies also govern your visit to PopsicleShirts.com. We reserve the right to make changes to our site, policies, and these Conditions of Use at any time. If any of these conditions shall be deemed invalid, void, or for any reason unenforceable, that condition shall be deemed severable and shall not affect the validity and enforceability of any remaining condition.

**OUR ADDRESS**
Popsicle Shirts
6001 Shining Light Avenue
Las Vegas, NV 89139
http://www.PopsicleShirts.com

**Notice and Procedure for Making Claims of Copyright Infringement**
If you believe that your work has been copied in a way that constitutes copyright infringement, please provide PopsicleShirts.com's copyright agent the written information specified below. Please note that this procedure is exclusively for notifying PopsicleShirts.com and its affiliates that your copyrighted material has been infringed.

An electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest; A description of the copyrighted work that you claim has been infringed upon; A description of where the material that you claim is infringing is located on the site, including the auction ID number, if applicable; Your address, telephone number, and e-mail address;

A statement by you that you have a good-faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;

A statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

PopsicleShirts.com's Copyright Agent for notice of claims of copyright

infringement on its site can be reached as follows:

**Copyright Agent:**
**PopsicleShirts.com Legal Department**
Popsicle Shirts
6001 Shining Light Avenue
Las Vegas, NV 89139
phone: (702) 523-2317

**Courier address:**
Copyright Agent
PopsicleShirts.com Legal Department
6001 Shining Light Avenue
Las Vegas, NV 89139
USA

Continue

**Thursday 31 May, 2007** **161144 requests since Wednesday 12 July, 2006**









PopsicleShirts - www.PopsicleShirts.com - VIVA!!! LAS Vegas, NV 89139
©2002 - 2007 **PopsicleShirts**. All rights reserved. Website development ©2007 **Josh W. Steenmeyer**.
**This has been another Joshua-OnLine-Productions**













