# EXHIBIT E

Case 1:07-cv-03705-NRB   Document 4-6   Filed 06/01/2007   Page 1 of 6



# www. FUCK OFF ! SHIRTS .com

HOME ▶ MEN'S ▶ WOMEN'S ▶ KID'S ▶ ACCESSORIES ▶ BIKER ▶ CONTACT ▶ BLOG   GALLERY   GUEST BOOK

 

My Wishlist  |  My Account  |  Cart Contents  |  Checkout

**Shopping Cart**
0 items

**Bestsellers**
01. Go Fuck Yourself T-Shirt
02. It's Official
03. Caribbean Blue, "Fuck Off" Finger Boy Beater
04. Chinese Symbol "Fuck Off" T-Shirt
05. Frost Sky, Maltese "Fuck Off" Cross Long Sleeve
06. Ash, "Go Fuck Yourself" Longsleeve Tee
07. Ash, "Go Fuck Yourself" Sleeveless Tee
08. Black, "Fuck Off" Finger Sweatshirt
09. Fuck Off Finger T-Shirt
10. Fuck You, You

## What's New Here?

Welcome **Guest!** Would you like to log yourself in? Or would you prefer to create an account?

### We promote the freedom of speach!   ...and we use it.

Thank you for visiting! Enjoy our uniquely rude and offensive clothing and accessories.

Perhaps one of the most interesting words in the english language today, is the word **fuck**. Out of all the english words that begin with the letter 'f' ...fuck is the only word refered to as 'the f word.... It's the one magical word. Just by its sound can describe pain, pleasure, hate and love.

### FUCK OFF! Shirts.com introduces a new social community



**Top** » Catalog

**Categories**
Limited Editions (3)
Men's-> (717)
Women's-> (642)
Junior's-> (10)
Infant-> (24)
Biker-> (284)
Accessories-> (101)
Clearance-> (1)
Fuck Off Partners-> (12)

**Department's**



online

Please Select

**What's New?**



Fuck You Sex, T-Shirt
$15.54

**Quick Find**

Use keywords to find the product you are looking for.
**Advanced Search**

**Information**

Catalog RSS
Shipping & Returns
Privacy Notice
Conditions of Use
Contact Us
News



# The FUCK OFF! Network

The FUCK OFF! Network, is an online community that allows you to communicate with your buddies in a no holds bar atmosphere.

Create a private community on the FUCK OFF! Network and you can share photos, your thoughts and views on different topics, your journals and/or any interests you may have with your growing network of mutual friends!

Join for free to view profiles and connect with others. Tell us about yourself, upload your pictures, and start adding friends to your network. Invite your friends, and as they invite their friends your network will grow even larger!

## How Do I Use the FUCK OFF! Network?

1. First, Sign Up and Create a Profile. (*Your Profile is Your Space on the Web, where you can describe yourself, hobbies and interests. You can even upload pictures and write journals.*)
2. Second, invite your Friends to join Your Personal Network. OR, Search the site for your Friends who are already members of www.FuckOff!Network.com.
3. Third, view the connections you create between Your Friend and Their Friends. Some people have 1,000s of people in their extended network!
4. Finally, you can use your newly created profile to communicate with anyone in your Personal Network.

The FUCK OFF! Network makes it easy to express who you are, as well as connect with old friends. You can even use it to make new ones. So don''t hesitate and **join** today!

# News:

- Your new alternative to cellular
  - (**Click HERE to read more...** )  ::  Hide
- Proper Use Of English Word FUCK
  - (**Click HERE to read more...** )  ::  Hide
- If you need immediate support with your FUCK OFF! Shirts.com order
  - (**Click HERE to read more...** )  ::  Hide

Specials



Fucking Fuck, T-Shirt

Because 1% of all customers are never satified. Fuck You!
~~$14.54~~
$12.54

Reviews

There are currently no product reviews

Languages



Currencies

US Dollar



- If you need a place to RANT or RAVE about FUCK OFF! Shirts.com
  (Click HERE to read more...)    ::    Hide
- Our new online FUCK OFF! Support System
  (Click HERE to read more...)    ::    Hide
- The F-CK OFF! Shirts Blogs/Stories
  (Click HERE to read more...)    ::    Hide
- Vote/Comment for you favorite FUCK OFF! Shirt
  (Click HERE to read more...)    ::    Hide
- We are pleased to announce our new forums
  (Click HERE to read more...)    ::    Hide

## WARNING!!! WARNING!!! WARNING!!!

Wearing FUCK OFF! Shirts WILL, get you kicked out of the, Circus Circus Hotel & Casino, located on the world famous Las Vegas Blvd. I will apologize for any inconvenience this will cause you, as this appears to be a company that frowns upon freedom of expression and speech.

Feel free to read the letter we sent the casino here.

...FUCK YOU!

New Products, For May












HOME

Womens Baby Doll Womens Casual Tee Womens Boybeater Womens Spaghetti Womens Ringer Tee Womens Sweatshirt Mens Tee Mens Sleeveless Tee Mens Ringer Tee Mens 3/4 Jersey Mens Long Sleeve Mens Sweatshirts Mens Tanks Mens Polos Boys Girls Infant Eyewear Headwear Mugs Stickers Return Policy About Us Shipping Privacy Notice Contact Us BLOG GALLERY GUEST BOOK Mens Biker Tee Mens Biker Tank Mens Biker Sleeveless Tee Mens Biker 3/4 Jersey Mens Biker Long Sleeve Mens Biker Sweatshirts Mens Biker Headwear Womens Biker Baby Doll Womens Biker Casual Tee Womens Biker Boybeater Womens Biker Spaghetti Womens Biker Ringer Tee Womens Biker Sweatshirt Womens Biker Headwear



