IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNILEVER SUPPLY CHAIN, INC.<br>1 John Street<br>Clinton, Connecticut 06413,<br><br>   Plaintiff,<br><br>  v.<br><br>JOSHUA W. STEENMEYER d/b/a<br>PopsicleShirts.com, Inc.<br>6001 Shining Light Avenue<br>Las Vegas, NV 89139,<br><br>   Defendant. | CASE NO. 1:07-cv-03705 (NRB) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2007, I caused true and correct copies of the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order issued by the Court on June 1, 2007, the Notice of Motion for a Temporary Restraining Order and Preliminary Injunction, Plaintiff Unilever Supply Chain, Inc.'s Memorandum in Support of a Motion for a Temporary Restraining Order and Preliminary Injunction and the Declarations of Julio Del Cioppo and J. Kevin Fee, to be served on Defendant Joshua W. Steenmeyer via e-mail at joshua@joshuanet.ws and josh@joshuanet.ws before 3 p.m. on June 1, 2007.

Dated: June 4, 2007             /s/ J. Kevin Fee

1-WA/2769309.1