## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of New York

Index Number: 07 CV 3705

Date Filed: _____

Plaintiff:
Unilever Supply Chain, Inc.

vs.

Defendant:
Joshua W. Steenmeyer d/b/a/
PopsicleShirts.com, Inc

For:
New York
Morgan, Lewis & Bockius, LLP
101 Park Ave.,
New York, NY 10178-0060

Received by Front Range Legal Process Service to be served on JOSHUA W. STEENMEYER D/B/A POPSICLESHIRTS.COM - 9001 Shining Light Ave., Las Vegas, NV 89139.

I, John Wilks, being duly sworn, depose and say that on the 19th day of May, 2007 at 12:05 pm, I:

Individually served the within person with a true copy of the Summons and Complaint in A Civil Case and Com with the date and hour endorsed theron by me, pursuant to State Statues

Description of Person Served: Age: 32, Sex: M, Race/Skin Color: Caucasian, Height: 5'8", Weight: 150, Hair: Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and sworn to before me on the 27th day of May, 2007 by the affiant who is personally known to me.

_Natalie Flippin_
Notary public

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
NATALIE FLIPPIN
My Commission Expires Aug. 28, 2010

_John Wilks_
John Wilks
Process Server

Front Range Legal Process Service
826 Roma Valley Dr.
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2007002914

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.4