Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
www.morganlewis.com



# Morgan Lewis
#### COUNSELORS AT LAW

**J. Kevin Fee**
Partner
202.739.5353
jkfee@morganlewis.com

June 2, 2007

**VIA FACSIMILE**

The Go Daddy Group, Inc.
14455 N. Hayden Road
Suite 219
Scottsdale, AZ 85260

Re:    Temporary Restraining Orders Regarding Popsicletees.com and Popsicleshirts.com

To Whom It May Concern:

This firm represents Unilever Supply Chain, Inc., the owner of the famous POPSICLE trademarks. I am writing regarding two domain names that were registered through GoDaddy.com, Inc., popsicletees.com and popsicleshirts.com (the "Infringing Domain Names").

Yesterday afternoon, United States District Court Judge Naomi R. Buchwald entered a temporary restraining order prohibiting the registrant of the Infringing Domain Names, Joshua Steenmeyer, from taking "any further steps to transfer, assign or otherwise alter his ownership of, or the contact information for" the Infringing Domain Names. A copy of the Court's Order is enclosed. In addition, I enclose copies of search results of the WHOIS database obtained through your website which indicate that Mr. Steenmeyer continues to be the registrant for both of the Infringing Domain Names.

In light of the Court's Order, I trust that you will take all necessary steps to prevent Mr. Steenmeyer from transferring or otherwise altering the registration information for the Infringing Domain Names. Please do not hesitate to contact me if you have any questions.

Sincerely,

J. Kevin Fee

Enclosures

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

UNILEVER SUPPLY CHAIN, INC.
1 John Street
Clinton, Connecticut 06413,

       Plaintiff,

    v.

JOSHUA W. STEENMEYER d/b/a
PopsicleShirts.com, Inc.
6001 Shining Light Avenue
Las Vegas, NV 89139,

       Defendant.

CASE NO. 1:07-cv-03705 (NRB)

## ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION
## AND TEMPORARY RESTRAINING ORDER

Upon the Complaint filed herein, the accompanying declarations of Julio Del Cioppo and J. Kevin Fee, and the accompanying Memorandum of Law; and after notice to Defendant, the Court finds:

1.    Plaintiff will suffer irreparable harm and loss if Defendant is permitted to use the domain names popsicleshirts.com and popsicletees.com for pornographic websites and/or directing these domain names to the fuckoffshirts.com domain name or any other website that is not associated with or controlled by Plaintiff;

2.    Plaintiff does not have an adequate remedy at law;

3.    Defendant will not suffer any harm if it is temporarily restrained from using the domain names popsicleshirts.com and popsicletees.com for pornographic websites and/or

directing these domain names to the fuckoffshirts.com domain name or any other website that is not associated with or controlled by Plaintiff;

4.    Plaintiff is likely to succeed on its claims for trademark infringement, dilution, and violation of the Anticybersquatting Consumer Protection Act;

5.    The public interest will be served by the issuance of a temporary restraining order in this case; and

6.    Defendant has received actual notice of Plaintiff's intent to proceed with this action, the filing of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, and of the scheduling of a hearing on the same.

Therefore, it is hereby

ORDERED that the above named Defendant show cause at a hearing before this Court, at Room 21A, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on *June 20, 2007*, at *11:30* o'clock, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil procedure preliminarily enjoining Defendant during the pendency of this action from using the domain names popsicleshirts.com and popsicletees.com for pornographic websites and/or directing these domain names to the fuckoffshirts.com domain name or any other website that is not associated with or controlled by Plaintiff; and it is further

ORDERED that sufficient reason having been shown therefor, pending a decision on Plaintiff's motion for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the Defendant and his agents, servants, employees, directors, officers and representatives, and all other persons or entities acting by or through or in concert or participation with Defendant, are temporarily restrained and enjoined from using the domain names popsicleshirts.com and

popsicletees.com for pornographic websites and/or directing these domain names to the

fuckoffshirts.com domain name or any other website that is not associated with or controlled by

Plaintiff;

ORDERED that Defendant shall not taken any further steps to transfer, assign or otherwise alter his ownership of, *NRB*

or the contact information for, the domain names popsicleshirts.com or popsicletees.com;

ORDERED that Defendant, his agents, servants, employees, directors, officers and

representatives, and all other persons or entities acting by or through or in concert or

participation with Defendant, shall not register or cause others to register any other domain

names containing the words "popsicle," "sicle," or any misspelling or any other Unilever

trademark, any colorable imitations thereof, or any otherwise confusingly similar mark; and it is

further

ORDERED that Defendant, his agents, servants, employees, directors, officers and

representatives, and all other persons or entities acting by or through or in concert or

participation with Defendant, shall not use the POPSICLE mark, the POPSICLE THE *NRB*

ORIGINAL BRAND logo, the POPSICLESHIRTS and POPSICLETEES designations, or any

other designation that is comprised of or incorporates POPSICLE or any other Unilever

trademark, any colorable imitation thereof, or any otherwise confusingly similar mark.

ORDERED that security in the amount of $ 5000 00/100 be posted by Plaintiff no later

than 5:00 p.m. EDT on June 6 , 2007; and it is further

ORDERED that a copy of this Order, the affidavits of Julio Del Cioppo and J. Kevin Fee,

and the accompanying Memorandum of Law submitted together therewith shall be served on

Defendant by e-mail no later than 3:00 p.m. EDT on June 1 . 2007, and such service

shall be deemed good and sufficient service thereof; and it is further

ORDERED that any papers in opposition to this Order to Show Cause shall be served on

Plaintiff's counsel by e-mail no later than 4:00 p.m. EDT on ~~June 11~~ . 2007; and that

Plaintiff's reply papers, if any, shall be served by e-mail no later than 3:00 p.m. EDT on ~~June 15,~~

2007.

DATED: New York, New York
~~June 1, 2007~~

_United States District Judge_

» Start a domain search: [_____] [com ▼] [GO!]    » 24/7 Sales & Support: (480)505-8877   » Today's Offers



**WELCOME, REGISTERFLY CUSTOMERS!**
Your domains are safe with us. Manage Now

**HOT SPOT**
See our commercials, view event photos, get your Go Daddy Gear & more!



» BobParsons.com
The Hot Maxim Mag ph
Danica.
No kidding. It's going to
Indy 500 presented by

| Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reselle |

# WHOIS
## Search Results for:    POPSICLETEES.COM

**Search Again**
? Enter a Domain Name to Check
[_____] .com

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Joshua Steenmeyer
209 1st Avanue North
Apt. #5
Seattle, Washington 98109
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: POPSICLETEES.COM
Created on: 09-Jul-06
Expires on: 10-Jul-07
Last Updated on:

Administrative Contact:
Steenmeyer, Joshua joshua@joshuanet.ws
209 1st Avanue North
Apt. #5
Seattle, Washington 98109
United States
(206) 251-3180

Technical Contact:
Steenmeyer, Joshua joshua@joshuanet.ws
209 1st Avanue North
Apt. #5
Seattle, Washington 98109
United States
(206) 251-3180

? **Available TLDs**

| POPSICLETEES.NET | $8.9 |
| POPSICLETEES.ORG | $8.9 |
| POPSICLETEES.INFO | $0.9 |
| POPSICLETEES.BIZ | $7.9 |
| POPSICLETEES.US | $7.9 |
| POPSICLETEES.NAME | $9.9 |

? **You might also conside**

| POPSICLETEESONLINE.COM | $8.9 |
| ONLINEPOPSICLETEES.COM | $8.9 |
| POPSICLETEESHOME.NET | $8.9 |
| HOMEPOPSICLETEES.NET | $8.9 |
| POPSICLETEESSITE.ORG | $8.9 |
| SITEPOPSICLETEES.ORG | $8.9 |
| POPSICLETEESWEB.INFO | $0.9 |
| WEBPOPSICLETEES.INFO | $0.9 |
| POPSICLETEESLIVE.BIZ | $7.9 |
| LIVEPOPSICLETEES.BIZ | $7.9 |
| POPSICLETEESBLOG.US | $7.9 |

**REGISTER NOW**

Promotional T-Shirts
Free Shipping - On Time Guarante
Service Available
www.expertshirt.com

tasty tees
supporting artists through tshirts ha
printed, limited edition tees
www.tastytshirt.com

Domain servers in listed order:
NS1.JOSHUA-ONLINE-PRODUCTIONS.COM
NS2.JOSHUA-ONLINE-PRODUCTIONS.COM

Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited
Registry Status: clientDeleteProhibited

See Underlying Registry Data
Report Invalid Whois

**niMBLetees Graphic Tees**
Design a shirt & get it FREE! Funny
nimbletees.com

**Independent Graphic Tees**
Unique graphic tees. You choose the
color. Create your own tee!
www.indieshirts.com

**Crazy Tee Shirts**
Huge Selection of Funny T-Shirts.
Top Funny Tee Shirts.
www.crazyteeshirts.com

**Vintage tees**
Wide Selection of graphic, vintage,
humorous tees for men and women
www.UrbanOutfitters.com

**Graphic Design T-Shirts**
Original Mens & Womens designs.
printed on American Apparel.
www.threadparadise.com

**Custom Print & Embroidery**
We can Screen Print or Embroider
Bandanas, Hats, T-Shirts and more
www.wholesaleforeveryone.com

**Offensive T-Shirts**
Over 800 Offensive shirts to choos
as $14 per shirt. Awesome!
www.roadkilltshirts.com

**Daddy by 2 chix**
cool daddy-to-be tees for the man
the belly! Great gifts.
www.2chix.com

» 24/7 Sales and Support: (480) 505-8877    »    Billing Questions? Call (480)505-8855    Free Email Updates! Enter address

Home | Contact Us | Catalog | How to Pay | Legal | Site Index | Whois | Affiliates | Resellers | Link to Us
LifeOnline.com | BobParsons.com | GoDaddyGirls.info | WildWestDomains.com | DomainNameAftermarket.com

        

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved. **View offer Disclaimers**



**>> Start a domain search:**  [com ▼]  **GO!**    >> 24/7 Sales & Support: (480)505-8877    >> Today's Offers

**Go Daddy.com**
Make a .com!
name with us!®

**WELCOME, REGISTERFLY CUSTOMERS!**
Your domains are safe with us. Manage Now

**HOT SPOT**
See our commercials, view event photos, get your Go Daddy Gear & more!

>> **BobParsons.com**
The Hot Maxim Mag ph
Danica.
No kidding. It's going to
Indy 500 presented by

| Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reselle |

# WHOIS
## Search Results for:    POPSICLETEES.COM

**Search Again**
? Enter a Domain Name to Check
[                    ] .com

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Joshua Steenmeyer
209 1st Avanue North
Apt. #5
Seattle, Washington 98109
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: POPSICLETEES.COM
Created on: 09-Jul-06
Expires on: 10-Jul-07
Last Updated on:

Administrative Contact:
Steenmeyer, Joshua joshua@joshuanet.ws
209 1st Avanue North
Apt. #5
Seattle, Washington 98109
United States
(206) 251-3180

Technical Contact:
Steenmeyer, Joshua joshua@joshuanet.ws
209 1st Avanue North
Apt. #5
Seattle, Washington 98109
United States
(206) 251-3180

? **Available TLDs**

| | |
|---|---|
| POPSICLETEES.NET | $8.9 |
| POPSICLETEES.ORG | $8.9 |
| POPSICLETEES.INFO | $0.9 |
| POPSICLETEES.BIZ | $7.9 |
| POPSICLETEES.US | $7.9 |
| POPSICLETEES.NAME | $9.9 |

? **You might also conside**

| | |
|---|---|
| POPSICLETEESONLINE.COM | $8.9 |
| ONLINEPOPSICLETEES.COM | $8.9 |
| POPSICLETEESHOME.NET | $8.9 |
| HOMEPOPSICLETEES.NET | $8.9 |
| POPSICLETEESSITE.ORG | $8.9 |
| SITEPOPSICLETEES.ORG | $8.9 |
| POPSICLETEESWEB.INFO | $0.9 |
| WEBPOPSICLETEES.INFO | $0.9 |
| POPSICLETEESLIVE.BIZ | $7.9 |
| LIVEPOPSICLETEES.BIZ | $7.9 |
| POPSICLETEESBLOG.US | $7.9 |

**REGISTER NOW**

Promotional T-Shirts
Free Shipping - On Time Guarante
Service Available
www.expertshirt.com

tasty tees
supporting artists through tshirts ha
printed, limited edition tees
www.tastytshirt.com

Domain servers in listed order:
NS1.JOSHUA-ONLINE-PRODUCTIONS.COM
NS2.JOSHUA-ONLINE-PRODUCTIONS.COM

Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited
Registry Status: clientDeleteProhibited

See Underlying Registry Data
Report Invalid Whois

**niMBLetees Graphic Tees**
Design a shirt & get it FREE! Funny
nimbletees.com

**Independent Graphic Tees**
Unique graphic tees. You choose th
color. Create your own tee!
www.indieshirts.com

**Crazy Tee Shirts**
Huge Selection of Funny T-Shirts.
Top Funny Tee Shirts.
www.crazyteeshirts.com

**Vintage tees**
Wide Selection of graphic, vintage,
humorous tees for men and women
www.UrbanOutfitters.com

**Graphic Design T-Shirts**
Original Mens & Womens designs.
printed on American Apparel.
www.threadparadise.com

**Custom Print & Embroidery**
We can Screen Print or Embroider
Bandanas, Hats, T-Shirts and more
www.wholesaleforeveryone.com

**Offensive T-Shirts**
Over 800 Offensive shirts to choos
as $14 per shirt. Awesome!
www.roadkilltshirts.com

**Daddy by 2 chix**
cool daddy-to-be tees for the man I
the belly! Great gifts.
www.2chix.com

» 24/7 Sales and Support: (480) 505-8877   » Billing Questions? Call (480)505-8855   Free Email Updates! Enter address

Home | Contact Us | Catalog | How to Pay | Legal | Site Index | Whois | Affiliates | Resellers | Link to Us
LifeOnline.com | BobParsons.com | GoDaddyGirls.info | WildWestDomains.com | DomainNameAftermarket.com

        

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved. **View offer Disclaimers**

