

| | |
|---|---|
| domaindisputes@godaddy.com<br>06/04/2007 03:31 PM | To  jkfee@morganlewis.com<br>cc<br>bcc<br>Subject  popsicletees.com and popsicleshirts.com |

Dear Mr. Fee,

Thank you for contacting us regarding the above noted domain names.

The complaint provided does not have a court stamp on it.  If you would kindly forward us a stamped copy of the order, we will proceed with opening the claim and lock the domains.  You may forward the order to <u>domaindisputes@godaddy.com</u> or fax it to 480-287-8002.

Please let us know if you have any questions.  My direct number is 480-624-2570.

Kindest regards,

Laurie Anderson
Domain Services
Godaddy.com