

| | |
|---|---|
| domaindisputes@godaddy.com<br>06/05/2007 07:41 PM | To  jkfee@morganlewis.com<br>cc<br>bcc<br>Subject  RE: Time-stamped Order regarding popsicletees.com and popsicleshirts.com |

Dear Mr. Fee,

Thank you for contacting us.

Per the legal documents provided, the following domain names have been placed on Registrar-Lock:

POPSICLESHIRTS.COM

POPSICLETEES.COM

The domain name(s) will remain locked during the pending legal proceeding. The lock on the domain name shall expire automatically 1) Upon GoDaddy.com's receipt of an order dismissing or suspending the case 2) Upon the expiration of the domain registration including the Redemption Grace and Pending Delete Periods at the registry.

Thank you,

Laurie Anderson
Domain Services
GoDaddy.com



Thank you,



-------- Original Message --------
Subject: Time-stamped Order regarding popsicletees.com and popsicleshirts.com
From: jkfee@morganlewis.com
Date: Mon, June 04, 2007 5:28 pm
To: domaindisputes@godaddy.com
Cc: kaltoff@morganlewis.com


```
At the request of Lori Anderson, I am forwarding the
time-stamped order
regarding popsicletees.com and popsicleshirts.com.  At the time
I sent my
```

June 3, 2007 letter, the time-stamped version of the Order was not
available.  Please do not hesitate to contact me if you have any further
questions.  If no additional information is required, then please confirm
that Go Daddy has taken steps to prevent the transfer of the domain
names.
Thank you.

(See attached file: Stamped TRO.pdf)

J. Kevin Fee
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202.739.5353
202.739.3001 (fax)
email:   jkfee@morganlewis.com
www.morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.