# GO DADDY
# TRADEMARK INFRINGEMENT POLICY

**RESPECTING INTELLECTUAL PROPERTY**

GoDaddy.com, Inc. ("Go Daddy") supports the protection of intellectual property. Go Daddy will restrict names that infringe on a third party's intellectual property from being sold. Therefore, we have established the following policies for considering trademark infringement claims based on listed names.

**Trademark Claims**

1. To notify Go Daddy that there has been a trademark violation, please follow the specific instructions in (A) for filing a trademark claim.

2. If you are responding to a complaint of infringement, you will need to follow our Counter Notification policy in (B).

**A. Trademark Claims**

1. If you (the "Complaining Party") would like to submit a trademark claim for violation of a mark on which the Complaining Party holds a valid, registered trademark or service mark, Go Daddy requests that the Complaining Party substantiate such claim by providing Go Daddy with the following information via email to trademarkclaims@tdnam.com . The words "Trademark Claims - TDNAM" should appear in the subject line. The Complaining Party should understand that Go Daddy and its customers are bound by the UDRP. Nothing in this Policy should be construed to supersede the UDRP, nor the obligation of Go Daddy and its customers to abide by it in the context of domain name disputes.

To be considered effective, a notification of a claimed trademark violation must be provided via email to Go Daddy and must include the following information:

  i. Sufficient evidence that the party posting the trademark that is claimed to be infringing is a Go Daddy customer.
  ii. The trademark, service mark, trade dress, name, or other indicia of origin ("Mark") that is claimed to be infringed.
  iii. The name, post office address and telephone number of the owner of the Mark identified above.
  iv. The goods and/or services covered by or offered under the Mark identified above.
  v. The date of first use of the Mark identified above.
  vi. The date of first use in interstate commerce of the Mark identified above.
  vii. The mark the Complaining Party believes is an infringement of its Mark (the "Infringing Mark").
  viii. The goods and/ or services covered by or offered under the Infringing Mark.
  ix. The precise location of the Infringing Mark, including electronic mail address, etc.
  x. A good faith certification, signed under penalty of perjury, stating:

       a. The Infringing Mark [identify mark] infringes the rights of another party,
       b. The name of such said party,
       c. The Mark [identify mark] being infringed, and
       d. That use of the Infringing Mark [identify mark] is not defensible.

2. Upon receipt of the appropriate information identified in Section 1 above, Go Daddy will initiate an investigation. While Go Daddy is investigating the claim, Go Daddy, at its sole discretion and without any legal obligation to do so, may temporarily prevent the name containing the Mark from being listed.

3. If Go Daddy concludes that the Complaining Party has raised a legitimate trademark claim, it may, at its

sole discretion and without any legal obligation to do so, prevent the name containing the Mark from being listed. If Go Daddy concludes that the Complaining Party has not raised a legitimate claim or if it is not clear whether the Complaining Party has raised a legitimate claim, Go Daddy will restore the name containing the Mark.

4. Notification to Go Daddy customers and account holders: It is Go Daddy's policy to provide for the termination, in appropriate circumstances, of Go Daddy customers and account holders who are repeat infringers of copyrighted works, trademarks or any other intellectual property.

**B . Counter Notification Policy**

1. Counter Notification. If you have received a notice of copyright infringement, you may provide Counter Notification by emailing trademarkclaims@tdnam.com and including the following:

   i.   An electronic signature of the Infringer.
   ii.  Identification of the material that has been removed and the location at which the material appeared before it was removed.
   iii. A statement under penalty of perjury that the Infringer has a good faith belief that the material was removed as a result of mistake or misidentification of the material to be removed.
   iv.  The Infringer's name, address, and telephone number, and a statement that the Infringer consents to the jurisdiction of the Federal District Court for the judicial district of Arizona, or if the Infringer's address is outside of the United States, for any judicial district in which Go Daddy may be found, and that the Infringer will accept service of process from the Complaining Party or an agent of such Party.

2. Upon receipt of a Counter Notification as described in Section 1 above, Go Daddy shall promptly provide the Complaining Party with a copy of the Counter Notification, and inform such Party that it will replace the removed name in 10 business days. Go Daddy will replace the removed name in not less than 10, nor more than 14, business days following receipt of the Counter Notification, unless Go Daddy first receives notice from the Complaining Party that such Complaining Party has filed an action seeking a court order to restrain the Infringer from engaging in infringing activity relating to the name on Go Daddy's system or network.

Revised: 4/3/2006
Copyright © 2006 GoDaddy.com, Inc. All Rights Reserved.