IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNILEVER SUPPLY CHAIN, INC.<br>1 John Street<br>Clinton, Connecticut 06413,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSHUA W. STEENMEYER d/b/a<br>PopsicleShirts.com, Inc.<br>6001 Shining Light Avenue<br>Las Vegas, NV 89139,<br><br>  Defendant. | CASE NO. 1:07-cv-03705 (NRB) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, I caused a true and correct copies of the Reply Declaration of J. Kevin Fee in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction to be served on Defendant Joshua W. Steenmeyer via e-mail at joshua@joshuanet.ws and josh@joshuanet.ws before 3 p.m. on June 15, 2007.

Dated: June 15, 2007            /s/ J. Kevin Fee

1-WA/2777287.1