IN THE UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF NEW YORK

UNILEVER SUPPLY CHAIN, INC.
1 John Street
Clinton, Connecticut 06413,

    Plaintiff,

v.

JOSHUA W. STEENMEYER d/b/a
PopsicleShirts.com, Inc.
6001 Shining Light Avenue
Las Vegas, NV 89139,

    Defendant.

CASE NO. 1:07-cv-03705 (NRB)



## PRELIMINARY INJUNCTION ORDER

Upon the Complaint filed herein, the accompanying declarations of Julio Del Cioppo and J. Kevin Fee, and the accompanying Memorandum of Law, Defendant's submission entitled Re: Order to Show Cause for Preliminary Injunction and Temporary Restraining Order, the Reply Declaration of J. Kevin Fee; and after notice to Defendant and a hearing held on June 20, 2007, the Court finds:

    1.    Plaintiff will suffer irreparable harm and loss if Defendant is permitted to use the domain names popsicleshirts.com and popsicletees.com for pornographic websites and/or directs these domain names to the fuckoffshirts.com domain name or any other website that is not associated with or controlled by Plaintiff;

    2.    Plaintiff does not have an adequate remedy at law;

    3.    Defendant will not suffer any harm if it is temporarily restrained from using the domain names popsicleshirts.com and popsicletees.com for pornographic websites and/or

directing these domain names to the fuckoffshirts.com domain name or any other website that is not associated with or controlled by Plaintiff, *as defendant has disclaimed any ~~such~~ intent to take such action;*

4. Plaintiff is likely to succeed on its claims for trademark infringement, dilution, and violation of the Anticybersquatting Consumer Protection Act;

5. The public interest will be served by the issuance of a preliminary injunction in this case; and

6. Defendant has received actual notice of Plaintiff's intent to proceed with this action, the filing of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, and of the scheduling of a hearing on Plaintiff's Motion for a Preliminary Injunction on June 20, 2007, at 11:30 a.m. Defendant elected not to participate in the June 20, 2007 hearing.

Therefore, it is hereby

ORDERED that sufficient reason having been shown therefor, pending entry of a final judgment, pursuant to Rule 65, Fed. R. Civ. P., the Defendant and his agents, servants, employees, directors, officers and representatives, and all other persons or entities acting by or through or in concert or participation with Defendant, are preliminarily restrained and enjoined from using the domain names popsicleshirts.com and popsicletees.com for pornographic websites and/or directing these domain names to the fuckoffshirts.com domain name or any other website that is not associated with or controlled by Plaintiff;

ORDERED that Defendant shall not take any further steps to transfer, assign or otherwise alter his ownership of, or the contact information for, the domain names popsicleshirts.com or popsicletees.com;

ORDERED that Defendant, his agents, servants, employees, directors, officers and representatives, and all other persons or entities acting by or through or in concert or participation with Defendant, shall not register or cause others to register any other domain names containing the words "popsicle," "sicle," or any misspelling or any other Unilever trademark, any colorable imitations thereof, or any otherwise confusingly similar mark; and it is further

ORDERED that security in the amount of $5,000.00 previously posted by Plaintiff in connection with the temporary restraining order is sufficient security for this preliminary injunction; and it is further

ORDERED that a copy of this Order shall be served on Defendant by e-mail no later than 3:00 p.m. EDT on June 21, 2007, and such service shall be deemed good and sufficient service thereof.

DATED:   New York, New York
         June 20, 2007

                                              _____
                                              United States District Judge