```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

UNILEVER SUPPLY CHAIN, INC.,

               Plaintiff,         **O R D E R**

     - against -          07 Civ. 3705 (NRB)

JOSHUA STEENMEYER,

               Defendant.

----------------------------------------x

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    All pretrial discovery in this case shall be completed by October 12, 2007. Dispositive motions, if any, should be submitted no later than November 12, 2007. In the absence of the submission of a dispositive motion by November 12, 2007, this case will be considered ready for trial.

    **IT IS SO ORDERED.**

DATED:    New York, New York
           July 12, 2007

                                                NAOMI REICE BUCHWALD
                                                UNITED STATES DISTRICT JUDGE

Copies of the foregoing have been mailed on this date to the following:

Counsel for Plaintiff

J. Kevin Fee, Esq.
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue
Washington, DC 20004

Defendant

Joshua W. Steenmeyer
6001 Shining Light Avenue
Las Vegas, NV 89139