IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNILEVER SUPPLY CHAIN, INC.<br>1 John Street<br>Clinton, Connecticut  06413,<br><br>   Plaintiff,<br><br> v.<br><br>JOSHUA W. STEENMEYER d/b/a<br>PopsicleShirts.com, Inc.<br>6001 Shining Light Avenue<br>Las Vegas, Nevada  89139,<br><br>   Defendant. | CASE NO. 1:07-cv-03705 (NRB)<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF UNILEVER SUPPLY CHAIN, INC.'S**
**MOTION FOR SUMMARY JUDGMENT**

   Pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Southern District of New York, Plaintiff Unilever Supply Chain, Inc. ("Unilever"), by its attorneys, respectfully moves this Court to enter summary judgment in Unilever's favor on each of the claims asserted in the Complaint against Defendant Joshua W. Steenmeyer d/b/a PopsicleShirts.com.  As evidenced by the attached Statement of Undisputed Material Facts and Memorandum in Support, Defendant's actions constitute trademark infringement, false designation of origin, dilution, unfair competition, and cybersquatting under the laws of the United States, the State of New York and the common law, and Unilever is therefore entitled to summary judgment on each of its claims.

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
| Dated:  August 22, 2007 | By: | /s/  J. Kevin Fee |

J. Kevin Fee (JF-5316)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Phone:  202-739-3000

Counsel for Plaintiff
Unilever Supply Chain, Inc.

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing Plaintiff Unilever Supply Chain, Inc.'s Motion for Summary Judgment was served on Defendant Joshua W. Steenmeyer this 22nd day of August, 2007 via e-mail at joshua@joshuanet.ws and josh@joshuanet.ws and by first-class mail, postage prepaid to:

> Joshua W. Steenmeyer
> 6001 Shining Light Avenue
> Las Vegas, Nevada  89139

/s/  J. Kevin Fee