# EXHIBIT A



## popsicleshirts.com is



**Registrar**: GODADDY.COM, INC.

**Status**:
clientRenewProhibited
Status:
clientTransferProhibited
Status:
clientUpdateProhibited
Status:
clientDeleteProhibited
Status: clientHold

**Domain options / additional information:** *(Click below to expand)*
+ **if you own this domain...**
+ **if you are trying to register/buy this domain...**
+ **if you are researching this domain...**

[whois.internic.net]
Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.  Domain Name: POPSICLESHIRTS.COM
Registrar: GODADDY.COM, INC.
Whois Server: whois.godaddy.com
Referral URL: http://registrar.godaddy.com
Name Server: NS1.JOSHUA-ONLINE-PRODUCTIONS.COM
Name Server: NS2.JOSHUA-ONLINE-PRODUCTIONS.COM
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Status: clientDeleteProhibited
Status: clientHold
Updated Date: 01-jul-2007
Creation Date: 01-jul-2006
Expiration Date: 01-jul-2008
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

Sponsored Link:
Ready for a web site? Save thousands by doing it yourself...
Innovative all-in-one site-building, hosting and marketing product makes it
easy!

[gdwho-v02.prod.mesa1.secureserver.net]
The data contained in GoDaddy.com, Inc.'s Whois database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and

and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field.  In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

popsicleshirts.com
This domain name has been suspended due to invalid Whois information.br /
If you are the registrant of this domain name please contact us at: a mailto:invalidwhois@secureserver.netinva



Searches shared database registry and queries appropriate registrar.

1-WA/2794791.1



## popsicletees.com is



**Registrar**: GODADDY.COM, INC.

**Status**:
clientRenewProhibited
Status:
clientTransferProhibited
Status:
clientUpdateProhibited
Status:
clientDeleteProhibited
Status: clientHold

**Domain options / additional information:** *(Click below to expand)*
  **+ if you own this domain...**
  **+ if you are trying to register/buy this domain...**
  **+ if you are researching this domain...**

[whois.internic.net]
Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.   Domain Name: POPSICLETEES.COM
  Registrar: GODADDY.COM, INC.
  Whois Server: whois.godaddy.com
  Referral URL: http://registrar.godaddy.com
  Name Server: NS1.JOSHUA-ONLINE-PRODUCTIONS.COM
  Name Server: NS2.JOSHUA-ONLINE-PRODUCTIONS.COM
  Status: clientRenewProhibited
  Status: clientTransferProhibited
  Status: clientUpdateProhibited
  Status: clientDeleteProhibited
  Status: clientHold
  Updated Date: 10-jul-2007
  Creation Date: 10-jul-2006
  Expiration Date: 10-jul-2008
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

Sponsored Link:
Improve your Google ranking! Planet Ocean's Search Engine Book
teaches you how to boost your site to the top in as little as 5 days.

[gdwho-v02.prod.mesa1.secureserver.net]
The data contained in GoDaddy.com, Inc.'s Whois database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree

not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field.  In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.


popsicletees.com
This domain name has been suspended due to invalid Whois information.br /
If you are the registrant of this domain name please contact us at: a mailto:invalidwhois@secureserver.netinva



Searches shared database registry and queries appropriate registrar.