# EXHIBIT B

BetterWhois.com: Results for fuckoffunilever.info                                    Page 1 of 3



## fuckoffunilever.info is

# Reserved

**Domain options / additional information:** *(Click below to expand)*

**+ if you own this domain...**

**+ if you are trying to register/buy this domain...**

**+ if you are researching this domain...**

Sponsored Link:

Don't let your customers forget you! Aweber can help...

Automate your business and boost sales with this easy to use service.

[whois.afilias.info]
Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy. This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy. Domain ID:D18169105-LRMS
Domain Name:FUCKOFFUNILEVER.INFO
Created On:31-May-2007 14:16:19 UTC
Last Updated On:06-Jun-2007 06:17:55 UTC
Expiration Date:31-May-2008 14:16:19 UTC
Sponsoring Registrar:Go Daddy Software Inc (R171-LRMS)
Status:TRANSFER PROHIBITED
Registrant ID:GODA-033061021
Registrant Name:Joshua Steenmeyer
Registrant Organization:
Registrant Street1:6001 Shining Light Avenue
Registrant Street2:
Registrant Street3:
Registrant City:Las Vegas
Registrant State/Province:Nevada
Registrant Postal Code:89139
Registrant Country:US
Registrant Phone:+1.7025232317
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:

**Featured Registrar**

Register a domain name
with **Register.com** for
only $20. Includes:

- Free starter web site
- Free web forwarding
- Free e-mail forwarding
- Free domain locking
- Name portfolio
manager
- Dynamic DNS service

**Click here for
discounted rate.**

Home page
Link-to-Us
Contact Us

Domain Registrars

GKG.net, Inc
Global Media Online,
Inc.
G1obedom
Go Daddy Software, Inc.
IA Registry
I.D.R., Ltd.
INAMES Corp.
InterAccess Co.
Interactive Tel. Net.
Interdomain, SA
Internetters Limited
ItsYourDomain.com
Joker.com
Markmonitor
Melbourne IT Limited
Moniker Online
Services

http://www.betterwhois.com/bwhois.cgi?domain=fuckoffunilever.info&x=18&y=14            6/11/2007

Registrant Email:joshua@joshuanet.ws
Admin ID:GODA-233061021
Admin Name:Joshua Steenmeyer
Admin Organization:
Admin Street1:6001 Shining Light Avenue
Admin Street2:
Admin Street3:
Admin City:Las Vegas
Admin State/Province:Nevada
Admin Postal Code:89139
Admin Country:US
Admin Phone:+1.7025232317
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:joshua@joshuanet.ws
Billing ID:GODA-333061021
Billing Name:Joshua Steenmeyer
Billing Organization:
Billing Street1:6001 Shining Light Avenue
Billing Street2:
Billing Street3:
Billing City:Las Vegas
Billing State/Province:Nevada
Billing Postal Code:89139
Billing Country:US
Billing Phone:+1.7025232317
Billing Phone Ext.:
Billing FAX:
Billing FAX Ext.:
Billing Email:joshua@joshuanet.ws
Tech ID:GODA-133061021
Tech Name:Joshua Steenmeyer
Tech Organization:
Tech Street1:6001 Shining Light Avenue
Tech Street2:
Tech Street3:
Tech City:Las Vegas
Tech State/Province:Nevada
Tech Postal Code:89139
Tech Country:US
Tech Phone:+1.7025232317
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:joshua@joshuanet.ws
Name Server:NS1.JOSHUA-ONLINE-PRODUCTIONS.COM
Name Server:NS2.JOSHUA-ONLINE-PRODUCTIONS.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:



1-WA/2794791.1