# EXHIBIT C

Unilver Sues PopsicleShirts / A Site That Offered One of a Kind, Funny Shirts                                    Page 1 of 7



Top » Catalog                                                                                    My Account | Cart Contents | Checkout

**Categories**

How? *T-Shirt's* (16)
What's? *T-Shirt's* (13)
What? *T-Shirt's* (78)
When? *T-Shirt's* (5)
Where? *T-Shirt's* (8)
Which? *T-Shirt's* (1)
Who? *T-Shirt's* (5)
Why? *T-Shirt's* (27)

**Joke Dept.**

Please Select

**Newest Jokes**



What time is it when seven hungry lions are chasing you?
$17.95

**Quick Find**

[ Quick Find ]

Use keywords to find the product you are looking for.
**Advanced Search**

**Information**

Shipping & Returns
Privacy Notice
Conditions of Use
Contact Us

### What's New Here?

Welcome **Guest!** Would you like to log yourself in? Or would you prefer to create an account?

**The Unilever Supply Chain Inc. along with the law firm Morgan, Lewis and Bockius and the attorney representing them, Kevin J Fee, has stolen my domain names popsiclshirts.com and popsicletees.com! which has prevented me from exercising my 1st amendment right as well as taking my online intelectual property. although I believe the Unilever Corporation does not! I do appologize for this inconvience**

**Unilever Supply Chain Inc. is suing Josh W. Steenmeyer, the owner of this domain name. For more information about this and the law firm Morgan, Lewis and Bockius along with the attorney representing them, Kevin J Fee,**

**please visit the forums at for more information. This forum will allow**

**Shopping Cart**

0 items

**Bestsellers**

01. What did the blanket say to the bed?
02. What's a caterpillar crossed with a parrot?

**Reviews**

There are currently no product reviews

**Languages**

**Currencies**

US Dollar

http://www.fuckoffunilever.info/                                                                                              6/19/2007

1-WA/2794791.1

**you to view more information about the temporary restraining orders, current allegations, and personal opinions and comments about Unilever Supply Chain Inc. and the law firm Morgan, Lewis and Bockius along with the attorney representing them, Kevin J Fee**

**I believe this lawsuit is a PERFECT example of a major corporation using their money and power to bully an independent owner, who is just trying to own a small piece of the American pie.**

**So please visit the website at FUCK OFF! Unilever.info where you will be able to follow along and learn more about the temporary restraining orders, current allegations and personal opinions and comments as well as download the current legal documents that Kevin J. Fee has filed**

Welcome to STOLEN!!! PopsicleShirts.com

Popsicleshirts.com is not affiliated with the brand name popsicle, popsicle the original brand, and/or any other affiliates of the popsicle logo, nor does popsicle endorse popsicleshirts.com in any way. Popsicleshirts.com is an entity of joshua-online-productions.

This was a **unique** site was designed for those who are looking for that t-shirt that is not only **funny**, but

entertaining as well. **PopsicleShirts** offer **hilarious one-liners** that are guaranteed to **start a conversation.** Laughter is an infectious thing; help spread awareness with a smile.

T-shirts are a fun way to **express yourself or make a statement**. Browse our **top quality t-shirts** and you are guaranteed to find one perfect for you, or to give as a **funny gift to a friend or family member**. We want all our products to **stand out** a little, and represent a light hearted attitude.

All of our t-shirts are made from high quality cotton. All t-shirts are printed on high quality 6.1 ounce, pre-shrunk cotton. We offer over 25 unique colors, and sizes ranging from small to xx-large in adult and junior sizes. **You won't find better quality, designs, or laughs anywhere,** so visit **popsicleshirts.com** often; we are 99.9% confident you will find the shirt you are looking for.

**The Network**

| PopsicleShirts | Laffytaffy Tees | Bubble Gum Shirts | Bazooka Tees | Catch Phrase Shirts |

**New Products For March**

| What were the two talkative computers doing? $17.95 | What was the math book's complain? $17.95 | What time is it when you're out of ice cream? $17.95 |
| What time is it when seven hungry lions are chasing you? $17.95 | What washes up on really small beaches? $17.95 | What magic spell turns you into a dinosaur? $17.95 |

http://www.fuckoffunilever.info/                                           6/19/2007

Unilver Sues PopsicleShirts / A Site That Offered One of a Kind, Funny Shirts      Page 4 of 7



What two words have the most letters? $17.95



What milk makes you blink? $17.95

What runs but can't walk? $17.95

Thursday 29 March, 2007                                126803 requests since Wednesday 12 July, 2006



PopsicleShirts •
www.PopsicleShirts.com • VIVA!!!
LAS Vegas, NV 89139
©2002 - 2007 **PopsicleShirts**.
All rights reserved. Website
development ©2007 **Josh W.
Steenmeyer**.
**This has been another
Joshua-OnLine-Productions**



    

**Some of out t-shirts are below**
How can you spot a dogwood tree? By its bark. Shirt   Shirts   T-Shirts
How did the farmer transport his cows? A moo-ving van. Shirt   Shirts   T-Shirts
How did the skunk call home? On his smell-ular phone. Shirts   T-Shirts
How did the soldier fit his tank in his house? It was a fish tank. Shirts   T-Shirts
How did the soldier fit his tank into his house? It was a fish tank. Shirts   T-Shirts
How did the telephone propose to his girlfriend? He gave her a ring. Shirts
How do porcupines talk? Spine language. Shirts
How do small people travel? In a mini van. Shirts
How do you avoid ticks on your pets? Don't let them wear a watch. Shirts
How do you catch a squirrel? Act like a nut. Shirts
How do you catch a squirrel? Act like a nut. Shirts
How do you cool off at a football game? Stand beside a fan. Shirts
How do you cut the ocean in two? With a sea-saw. Shirts
How do you get a mouse to fly? Buy it an airplane ticket. Shirts
How do you get in touch with a fish? Drop them a line. Shirts
How do you get in touch with a fish? Drop them a line. Shirts
How do you make an egg roll? Push it. Shirts
How does a bird land in an emergency? By sparrow chute. Shirts
How is the eye doctor like a teacher? Both test pupils. Shirts
What animal should you never play cards with? A cheetah. Shirts
What bird is like a gulp? A swallow. Shirts

http://www.fuckoffunilever.info/                                            6/19/2007

What bird is like a gulp? A swallow. Shirts
What building has the most stories? The library. Shirts
What can lizards do that snakes can't? Stretch their legs. Shirts
What did the beachcomber name his daughter? Sandy. Shirts
What did the blanket say to the bed? I've got you covered. Shirts
What did the breeze say to the screen? Just passing through. Shirts
What did the bug say when it was stepped on? Nothing; bugs can't talk. Shirts
"What did the calendar maker name his daughters? April, May & June." Shirts
What did the cook name his son? Stu. Shirts
What did the dentist give the marching band? A tuba toothpaste. Shirts
"What did the digital clock say to his mother? Look ma, no hands." Shirts
What did the grape do when the fat man stepped on it? It gave out a little wine. Shirts
What did the hamburgers name their daughter? Patty. Shirts
What did the hockey player do when the thief demanded money? He gave him a check. Shirts
What did the hungry computer say? I could sure go for a byte. Shirts
What did the lawyer name her daughter? Sue. Shirts
What did the leaves name their son? Russell. Shirts
What did the macaroni say to the tomato? Don't get saucy with me. Shirts
What did the macaroni say to the tomato? Don't get saucy with me. Shirts
What did the mountain name his son? Cliff. Shirts
What did the painter name his son? Art. Shirts
What did the snowman and his wife hang over their baby's crib? A snow mobile. Shirts
What did the violin say to the harp? May I string along with you. Shirts
What do baby apes sleep in? Apricots. Shirts
What do bees use to cut wood? Buzz saws. Shirts
What do books carry when they aren't home? Pagers. Shirts
What do cobras study in college? Hiss-tory. Shirts
What do cobras study in college? Hiss-tory. Shirts
What do cows do for fun? Go to the moo-vies. Shirts
What do pigs put into their computers? Sloppy Discs. Shirts
What do whales spread on their toast? Jellyfish. Shirts
What do you call a flying turtle? Shellicopter. Shirts
What do you call a lazy bison? A buffa-loafer. Shirts
What do you call a really funny snake? Hiss-terical. Shirts
What do you call a really funny snake? Hiss-terical. Shirts
What do you call a train carrying caramels? A chew chew train. Shirts
What do you call a trunk full of bison? A buffa-load. Shirts
What do you call bread made by a bison? A bufa-loaf. Shirts
What do you call bread made by a bison? A Buffa-Loaf. Shirts
What do you call lending money to a bison? A buffa-loan. Shirts
What do you call someone who is crazy about hot chocolate? A cocoa nut. Shirts
What do you call someone who is crazy about hot chocolate? A cocoa-nut. Shirts
What do you call someone who treats a sick duck? Quack Doctor. Shirts
What do you do with a blue monster? Try and cheer him up. Shirts
What do you give a snake with allergies? Anit-hiss-tamines. Shirts
What do you say to a tent with a split personality? You're two tents. Shirts
What do you say to a tent with a split personality? You're two tents. Shirts
What does a bankrupt frog say? Broak! Broak! Shirts
What gets colder as it warms up? An air conditioner. Shirts
What gets colder as it warms up? An air conditioner. Shirts
What happened to the cow who went for a drive? He got a moo-ving violation. Shirts

Unilver Sues PopsicleShirts / A Site That Offered One of a Kind, Funny Shirts                Page 6 of 7

What happened to the cow who went for a drive? He got a moo-ving violation. Shirts
What has a bed but never sleeps? A river. Shirts
What has four legs but only one foot? A bed. Shirts
What has spots and rides on a fire truck? A fireman with the measles. Shirts
What has wheels and a trunk but no engine? An elephant on roller blades. Shirts
What instruments do insects play? Humbug. Shirts
What is a sound sleeper? Someone who snores? Shirts
What is at the end of everything? The letter G. Shirts
What is dark but made out of light? A shadow. Shirts
What is dark but made out of light? A shadow. Shirts
What is fastest - heat or cold? Heat. You an catch a cold. Shirts
What is hard to beat? A drum with a hole in it. Shirts
What key won't open any door? A donkey. Shirts
What keys can't you put in a lock? Piano keys. Shirts
What kind of a horse never wins a race? A sawhorse. Shirts
What kind of animal has red spots? A leopard with measles. Shirts
What kind of animal hates doing laundry? A leopard. Because he has lots of spots. Shirts
What kind of dog can jump higher than a building? Any dog - a building can't jump. Shirts
What kind of house weighs next to nothing? A lighthouse. Shirts
What kind of license does a dentist have? A license to fill. Shirts
What kind of license does a pharmacist have? A license to pill. Shirts
What kind of phone does a turtle have? A shell-ular phone. Shirts
What letter is a vegetable? P. Shirts
What lies on the ground with 100 feet up? A centipede on it's back. Shirts
What magic spell turns you into a dinosaur? The tyrannosaurs hex. Shirts
What man drives his customers away? A taxi driver. Shirts
What milk makes you blink? Past-eur-ized. Shirts
What runs all over town but never comes inside? The street. Shirts
What runs but can't walk? Water. Shirts
What time is it when seven hungry lions are chasing you? Seven after one. Shirts
What time is it when you're out of ice cream? Time to get more ice cream. Shirts
What two words have the most letters? Post Office. Shirts
What was the math book's complain? He had too many problems. Shirts
What washes up on really small beaches? Microwaves. Shirts
What were the two talkative computers doing? They were having a disc-cussion. Shirts
What were the two talkative computers doing? They were having a disc-cussion. Shirts
What's a caterpillar crossed with a parrot? A walkie talkie. Shirts
What's always behind time? The back of a clock. Shirts
"What's black, white, and red? A skunk with a rash." Shirts
What's everyone doing at the same time but at different rates? Growing older. Shirts
What's full of holes but still holds water? A sponge. Shirts
What's green and jumps a mile a minute? A grasshopper with hic-cups. Shirts
What's more dangerous than pulling out a shark's tooth? Giving a porcupine a back rub. Shirts
What's more dangerous than pulling out a shark's tooth? Giving a porcupine a back rub. Shirts
What's the best wat to prevent fish from smelling? Plug their noses. Shirts
What's the biggest ant of all? The elephant. Shirts
"What's the difference between an actor and a baker? An actor has roles, a baker has rolls." Shirts
What's the easiest way to get on TV? Sit on the set. Shirts
What's the hardest thing about sky diving? The ground. Shirts
What's the saddest tree? A weeping willow. Shirts
Shirts


http://www.fuckoffunilever.info/                                                                    6/19/2007

When does a fire flare up? When it's bellowed at. Shirts
When is a car like a frog? When it's being towed. Shirts
When is a car not a car? When it turns into a garage. Shirts
When is a pillow like a mug of root beer? When it has a head on it. Shirts
When is a theater Clumsy? When the Curtain Falls. Shirts
Where are the biggest diamonds in america? In baseball parks. Shirts
Where do bees go on their day off? The wax museum. Shirts
Where do bees wait to be picked up? At the buzz stop. Shirts
Where do books sleep? Under their covers. Shirts
Where do fish wash? In a river basin. Shirts
"Where does a 2,000 lb gorilla sleep? Anywhere it wants to." Shirts
Where does the catcher sit for dinner? Behind the plate. Shirts
Where should you put your TV? In a remote area. Shirts
"Which animals have to be oiled? Mice, because they squeak." Shirts
Who does a dog quarterback throw to? A labrador receiver. Shirts
Who eats at underwater restaurants? Scuba diners. Shirts
Who granted the fish's wish? Its fairy codmother. Shirts
Who granted the monster's wish? His scary godmother. Shirts
Who lives in a sand castle? A sand witch. Shirts
Why can you always believe a ruler? It's on the level. Shirts
Why couldn't the glass fool anyone? People could see right though him. Shirts
Why couldn't the glass fool anyone? They could see right through him. Shirts
Why did the annoying exterminator loose his job? He bugged his boss. Shirts
Why did the annoying exterminator lose his job? He bugged his boss. Shirts
Why did the bed spring? It felt the pillow slip. Shirts
Why did the book join the police? So he could work undercover. Shirts
Why did the computer go to the chiropractor? It had a sliped disc. Shirts
Why did the computer go to the doctor? It had a virus. Shirts
Why did the driver throw money in the street?So she could stop on a dime. Shirts
Why did the fireplace call the doctor? The chimney had the flu. Shirts
Why did the girl sit on her watch? She wanted to be on time. Shirts
Why did the man call the dentist? He was aching to meet him. Shirts
Why did the pig want to be an actor? He was a big ham. Shirts
Why did the sunbeam? Because it saw the skylark. Shirts
Why didn't the horse draw a cart? It couldn't hold a pencil. Shirts
Why do bees have sticky hair? Because they use honey combs. Shirts
Why do birds fly south for the winter? Because it's too far to walk. Shirts
Why do elephants all have grey trunks? They belong to the same swimming club. Shirts
Why is a baseball like a cake? Both depend on the batter. Shirts
Why is a heart like a policeman? They both have a beat. Shirts
Why is a rabbit's nose shiny? His powder puff is at the other end. Shirts
Why is a sinking ship like a prisoner? They both need bailing out. Shirts
Why is it easy to weigh fish? They come with their own scales. Shirts
Why was the book in the hospital? Because it hurt its spine. Shirts
Why was the computer proud? It had made an important disc-covery. Shirts
Why was the lamp flunking his classes? He wasn't very bright. Shirts
Why was the picture sent to jail? It was framed. Shirts
Why wouldn't the oyster give anyone his pearl? He was shellfish. Shirts