```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNILEVER SUPPLY CHAIN, INC.,

                    Plaintiff,

        - against -                        O R D E R

JOSHUA Q. STEENMEYER d/b/a                 07 Civ. 3705 (NRB)
PopsicleShirts.com,

                    Defendant.
-----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS**, plaintiff UNILEVER SUPPLY CHAIN, INC. filed a Motion for Summary Judgement dated August 22, 2007, accompanied by an affidavit of service, dated August 22, 2007; and

**WHEREAS**, Defendant Joshua Q. Steenmeyer d/b/a PopsicleShirts.com has failed to file a response; and

**WHEREAS**, this Court has considered Plaintiff's submissions, and determined that defendant is infringing plaintiff's federally registered trademarks; it is hereby

**ORDERED** that plaintiff's motion for summary judgment is granted, and plaintiff is directed to submit a proposed judgment consistent with the relief sought in the complaint.

Dated:   New York, New York
         September 18, 2007

*(signature)*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Copies of the foregoing have been mailed on this date to the following:

Counsel for Plaintiff

J. Kevin Fee, Esq.
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue
Washington, DC 20004

Defendant

Joshua W. Steenmeyer
6001 Shining Light Avenue
Las Vegas, NV 89139