UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # **32**

------------------------------------------------

*Unilever Supply Chain*

-v-

*Steenmeyer*

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-3705

JUDGE: NRB

DATE: Dec. 14, 2007

[Stamp: U.S. DISTRICT COURT DEC 14 2007 S.D. OF N.Y.]

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES ------------------------------------------------

DOCUMENT DESCRIPTION                                                    DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

**** ONLY CIRCLED DOCUMENTS ARE INCLUDED **
** ALL OTHERS MISSING AT THIS TIME ****

(✓) Original Record                             (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 14th Day of December, 2007.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------

*Unilever Supply Chain*

-v-

*Steenmeyer*

---------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07cv 3705

JUDGE: NRB

DATE: Dec 14, 2007

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

**BALANCE OF FILE MISSING AT THIS TIME**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 14th Day of December In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
      Deputy Clerk

APPEAL, CLOSED, ECF

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-03705-NRB
### Internal Use Only

Unilever Supply Chain, Inc. v. Steenmeyer
Assigned to: Judge Naomi Reice Buchwald
Cause: 15:1114 Trademark Infringement

Date Filed: 05/10/2007
Date Terminated: 11/09/2007
Jury Demand: Plaintiff
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 05/10/2007 | 1 | COMPLAINT against Jashua W. Steenmeyer. (Filing Fee $ 350.00, Receipt Number 614529)Document filed by Unilever Supply Chain, Inc..(jpo) (Entered: 05/11/2007) |
| 05/10/2007 | | SUMMONS ISSUED as to Jashua W. Steenmeyer. (jpo) (Entered: 05/11/2007) |
| 05/10/2007 | | Magistrate Judge Frank Maas is so designated. (jpo) (Entered: 05/11/2007) |
| 05/10/2007 | | Case Designated ECF. (jpo) (Entered: 05/11/2007) |
| 05/10/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Unilever PLC, Unilever NV, Unilever United States Inc., and Conopco Inc. as Corporate Parent. Document filed by Unilever Supply Chain, Inc..(jpo) (Entered: 05/11/2007) |
| 06/01/2007 | 3 | MOTION for Temporary Restraining Order *and Preliminary Injunction*. Document filed by Unilever Supply Chain, Inc..(Fee, J.) (Entered: 06/01/2007) |
| 06/01/2007 | 4 | DECLARATION of J. Kevin Fee in Support re: 3 MOTION for Temporary Restraining Order *and Preliminary Injunction*.. Document filed by Unilever Supply Chain, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Fee, J.) (Entered: 06/01/2007) |
| 06/01/2007 | 5 | DECLARATION of Julio Del Cioppo in Support re: 3 MOTION for Temporary Restraining Order *and Preliminary Injunction*.. Document filed by Unilever Supply Chain, Inc.. (Fee, J.) (Entered: 06/01/2007) |
| 06/01/2007 | 6 | MEMORANDUM OF LAW in Support re: 3 MOTION for Temporary Restraining Order *and Preliminary Injunction*.. Document filed by Unilever Supply Chain, Inc.. (Attachments: # 1 Text of Proposed Order)(Fee, J.) (Entered: 06/01/2007) |
| 06/01/2007 | 7 | RESTRAINING ORDER AND PRELIMINARY INJUNCTION BOND # CGB 8892477 in the amount of $ 5,000.00 posted by Unilever Supply Chain, Inc.. (dt) (Entered: 06/01/2007) |
| 06/01/2007 | 8 | ORDER TO SHOW CAUSE by Unilever Supply Chain, Inc. for an order preliminarily enjoining dft during the pendency of this action as further set forth in this order; security in the amount of $5000.00 to be posted by plaintiff no later than 5:00 p.m. on 6/6/07 any papers in opposition to this order to show cause shall be served on plaintiff's counsel by e-mail no later than 4:00 p.m. on 6/11/07 and that plaintiff's reply papers, if any, shall be served by e-mail no later than 3:00 p.m. on 6/15/07. Show Cause Hearing set for 6/20/2007 11:30 AM in Courtroom 21A, 500 Pearl Street, New York, NY 10007 before Judge Naomi Reice Buchwald. (signed by Judge Naomi R. Buchwald on 6/1/07) (dle) Modified on 6/8/2007 (Lewis, Diahan). (Entered: 06/04/2007) |
| 06/01/2007 | | Minute Entry for proceedings held before Judge Naomi Reice Buchwald : Telephone Conference held on 6/1/2007. (jco) (Entered: 06/11/2007) |
| 06/04/2007 | 9 | CERTIFICATE OF SERVICE of Order to Show Cause for Preliminary Injunction and Temporary Restraining Order issued by the Court on June 1, 2007, the Notice of Motion for a Temporary Restraining Order and Preliminary Injunction, Plaintiff Unilever Supply Chain, Inc.'s Memorandum in Support of a Motion for a Temporary Restraining Order and Preliminary Injunction and the Declarations of Julio Del Cioppo and J. Kevin Fee served on Joshua W. Steenmeyer on June 1, 2007. Document filed by Unilever Supply Chain, Inc.. (Fee, J.) (Entered: 06/04/2007) |
| 06/06/2007 | 10 | AFFIDAVIT OF SERVICE of Summons and Complaint. Jashua W. Steenmeyer served on 5/19/2007, answer due 6/8/2007. Service was accepted by Joshua W. Steenmeyer. Document filed by Unilever Supply Chain, Inc.. (Fee, J.) (Entered: 06/06/2007) |
| 06/15/2007 | 11 | REPLY AFFIDAVIT of J. Kevin Fee in Support re: 3 MOTION for Temporary Restraining Order *and Preliminary Injunction*.. Document filed by Unilever Supply Chain, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Fee, J.) (Entered: 06/15/2007) |
| 06/15/2007 | 12 | CERTIFICATE OF SERVICE of Reply Declaration of J. Kevin Fee served on Joshua W. Steenmeyer on June 15, 2007. Document filed by Unilever Supply Chain, Inc.. (Fee, J.) (Entered: 06/15/2007) |
| 06/20/2007 | 13 | PRELIMINARY INJUNCTION that sufficient reasons having been shown therefore, pending entry of a final judgment, pursuant to Rule 65, Fed.R.Civ.P., the Defendant and his agents, servants, employees, directors, officers and representatives, and all other persons or entities acting by or through or in concert or participation with Defendant as set forth in this order. Defendant shall not take any further steps to transfer, assign or otherwise alter his ownership of, or the contact information for, the domain names popsicleshirts.com or popsicletees.com; Ordered that security in the amount of $5,000.00 previously posted by Plaintiff in connection with the temporary restraining order is sufficient security for |

| | | |
|---|---|---|
| | | this preliminary injunction; and it is further Ordered that a copy of this Order shall be served on Defendant by e-mail no later than 3:00 p.m. EDT on June 21, 2007, and such service shall be deemed good and sufficient service thereof. (Signed by Judge Naomi Reice Buchwald on 6/20/2007) (jmi) (Entered: 06/21/2007) |
| 06/20/2007 | | Minute Entry for proceedings held before Judge Naomi Reice Buchwald : Oral Argument held on 6/20/07 re: 3 MOTION for Temporary Restraining Order *and Preliminary Injunction* filed by Unilever Supply Chain, Inc. (kco) (Entered: 06/27/2007) |
| 07/13/2007 | 14 | ORDER that all pretrial discovery in this case shall be completed by 10/12/07. Dispositive motions, if any, should be submitted no later than 11/12/07. In the absence of the submission of a dispositive motion by 11/12/07, this case will be considered ready for trial. (Signed by Judge Naomi Reice Buchwald on 7/12/07) Discovery due by 10/12/2007, Motions due by 11/12/2007, Ready for Trial by 11/12/2007. Copies mailed by chambers.(dle) Additional attachment(s) added on 7/16/2007 (Lewis, Diahan). (Entered: 07/16/2007) |
| 08/22/2007 | 15 | MOTION for Summary Judgment. Document filed by Unilever Supply Chain, Inc..(Fee, J.) (Entered: 08/22/2007) |
| 08/22/2007 | 16 | MEMORANDUM OF LAW in Support re: 15 MOTION for Summary Judgment.. Document filed by Unilever Supply Chain, Inc.. (Fee, J.) (Entered: 08/22/2007) |
| 08/22/2007 | 17 | AFFIDAVIT of J. Kevin Fee in Support re: 15 MOTION for Summary Judgment.. Document filed by Unilever Supply Chain, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Fee, J.) (Entered: 08/22/2007) |
| 08/22/2007 | 18 | AFFIDAVIT of Julio Del Cioppo in Support re: 15 MOTION for Summary Judgment.. Document filed by Unilever Supply Chain, Inc.. (Fee, J.) (Entered: 08/22/2007) |
| 08/22/2007 | 19 | NOTICE of to Pro Se Litigants re: 15 MOTION for Summary Judgment.. Document filed by Unilever Supply Chain, Inc.. (Fee, J.) (Entered: 08/22/2007) |
| 08/22/2007 | 20 | NOTICE of Summary of Argument re: 15 MOTION for Summary Judgment.. Document filed by Unilever Supply Chain, Inc.. (Fee, J.) (Entered: 08/22/2007) |
| 08/22/2007 | 21 | NOTICE of Statement of Undisputed Facts re: 15 MOTION for Summary Judgment.. Document filed by Unilever Supply Chain, Inc.. (Fee, J.) (Entered: 08/22/2007) |
| 09/19/2007 | 22 | ORDER that plaintiff's motion for summary judgment is granted, and plaintiff is directed to submit a proposed judgment consistent with the relief sought in the complaint. (Signed by Judge Naomi Reice Buchwald on 9/18/07) Copies mailed by chambers. (dle) (Entered: 09/19/2007) |
| 09/25/2007 | 23 | NOTICE of Proposed Final Judgment Order. Document filed by Unilever Supply Chain, Inc.. (Fee, J.) (Entered: 09/25/2007) |
| 10/16/2007 | 24 | NOTICE of Memorandum of Law in Opposition to Defendant's 9/26/07 Submission. Document filed by Unilever Supply Chain, Inc.. (Fee, J.) (Entered: 10/16/2007) |
| 11/09/2007 | 25 | MEMORANDUM AND ORDER that our 9/18/07 Order stands. A final Judgment Order granting a permanent injunction in favor of plaintiff prohibiting the use by defendant of plaintiff's federally registered trademarks will be entered. (Signed by Judge Naomi Reice Buchwald on 11/8/07)Copies mailed by chambers. (dle) Modified on 12/7/2007 (dle). (Entered: 11/09/2007) |
| 11/09/2007 | 26 | JUDGMENT of permanent injunction in favor of Unilever Supply Chain, Inc. against Jashua W. Steenmeyer. (Signed by Judge Naomi Reice Buchwald on 11/8/07) (jf) (Entered: 11/13/2007) |
| 11/15/2007 | 27 | AMENDED JUDGMENT amending 26 Judgment, in favor of Unilever Supply Chain, Inc. against Jashua W. Steenmeyer. (Signed by Judge Naomi Reice Buchwald on 11/15/07) (jf) (Entered: 11/19/2007) |
| 11/29/2007 | 28 | REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL. Document filed by Jashua W. Steenmeyer.(ae) (Entered: 12/05/2007) |
| 11/29/2007 | 29 | PRO SE MEMORANDUM dated 11/30/07 re: CHANGE OF ADDRESS for Jashua W. Steenmeyer. New Address: 9123 Beauchamp Ave., Las Vegas, NV, 89148. (tro) (Entered: 12/06/2007) |
| 11/29/2007 | 31 | NOTICE OF APPEAL from 27 Amended Judgment, 26 Judgment. Document filed by Jashua W. Steenmeyer. Copies mailed to attorney(s) of record: Morgan, Lewis & Bockius, LLP. (tp) (Entered: 12/14/2007) |
| 11/29/2007 | 0 | Appeal Remark as to 31 Notice of Appeal filed by Jashua W. Steenmeyer. $455.00 APPEAL FEE DUE. (tp) Modified on 12/14/2007 (tp). (Entered: 12/14/2007) |
| 12/07/2007 | | Transmission to Judgments and Orders Clerk. Transmitted re: 25 Order, to the Judgments and Orders Clerk. (dle) (Entered: 12/07/2007) |
| 12/13/2007 | 30 | ORDER: The defendant's request to proceed in forma pauperis is denied because his appeal is clearly frivolous. (Signed by Judge Naomi Reice Buchwald on 12/11/2007) (jar) (Entered: 12/13/2007) |
| 12/14/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 31 Notice of Appeal. (tp) (Entered: 12/14/2007) |
| 12/14/2007 | | Transmission of Notice of Appeal to the District Judge re: 31 Notice of Appeal. (tp) (Entered: 12/14/2007) |